HID 007A (Rev. 02 /14) Motion to Appear Pro Hac Vice

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

Joshua Spriestersbach
_Plaintiff_

v.

State of Hawaii et al.,
_Defendant_

Case No. 1:21-cv-456

## MOTION TO APPEAR PRO HAC VICE
(Attach Declaration of Counsel in support of motion. $300.00 assessment required to be paid through Pay.gov.)

| | |
|---|---|
| Name of Attorney: | Paul L. Hoffman |
| Firm Name: | Schonbrun Seplow Harris Hoffman & Zeldes LLP |
| Firm Address: | 200 Pier Avenue, Suite 226<br>Hermosa Beach, California 90254 |
| Attorney CM/ECF Primary email address: | hoffpaul@aol.com |
| Firm Telephone: | 310-717-7373        Firm Fax: 310-399-7040 |
| Party Represented: | Plaintiff Joshua Spriesterbach |
| Name/Address of Local Counsel | Jennifer Brown<br>Hawaii Civil Rights Project<br>Honolulu, Hawaii 96830 |

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-named attorney to appear and participate as counsel pro hac vice for the above-named party in all matters in the above-captioned case or proceeding. This request is based on the declaration of the attorney seeking to appear pro hac vice.

11/12/2021
Dated:

_[Signature]_
Signature*

Paul L. Hoffman
(Print name if original signature)

*If this motion is being signed by local counsel on behalf of the applicant, the signature constitutes consent to the designation as associate counsel; otherwise such consent shall be filed separately.

HID 007A (Rev.02 /14) Declaration of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

Joshua Spriestersbach
*Plaintiff*

v.

State of Hawaii et al.,
*Defendant*

Case No. 1:21-cv-456

**DECLARATION OF COUNSEL**
(Attach to Motion to Appear Pro Hac Vice.)

Name of Declarant: Paul L. Hoffman

I am not a resident of the District of Hawaii, am not regularly employed in the District of Hawaii, and am not regularly engaged in business, professional or law-related activities in the District of Hawaii, and that:

1. The city and state of my residence and office address is:

   Schonbrun Seplow Harris Hoffman & Zeldes LLP
   200 Pier Avenue #226
   Hermosa Beach, California 90254

2. I have been admitted to practice in the following courts on the dates noted:

   State of California - December 1976
   Central District of California - December 1976
   Ninth Circuit Court of Appeal - February 1978
   U.S. Supreme Court - August 1994

3. I am in good standing and eligible to practice in the following courts (declarant may state "All of the courts identified in paragraph 2"):

   All of the courts identified in paragraph 2

4. I (a) am not currently involved in disciplinary proceedings before any state bar, federal bar, or any equivalent; (b) have not in the past 10 years been suspended, disbarred, or otherwise subject to other disciplinary proceeding before any state bar, federal bar, or its equivalent; (c) have not been denied admission pro hac vice by any court or agency in the past 10 years; and (d) have not been the subject of a criminal investigation known to the attorney or a criminal prosecution or conviction in any court in the past ten (10) years.

   All of these are true

5. If I am concurrently making or have made within the preceding year a motion to appear pro hac vice in a case or proceeding in the District of Hawaii, the title and number of each matter is stated below, together with the date of the motion and whether the motion was granted.

   Correct

6. I designate the following to serve as associate counsel who is a member in good standing of the bar of the United States District Court for the District of Hawaii and maintains an office in this district, with the address, telephone and fax numbers, and e-mail address noted:

   Jennifer Brown
   Hawai'i Civil Rights Project
   P.O. Box 8415, Honolulu, Hawaii 96830
   Tel: 808-554-5576; e mail: hawaiicivilrightsproject@gmail.com

7. **CM/ECF:** *Filing documents electronically/Receiving e-mail notification.*

   ◉ Full participation. I am requesting a waiver of the required CM/ECF training. I am a registered user of CM/ECF in the following Bankruptcy and/or District Court(s):

   ○ Full participation. Computer Based Training (CBT) completed. I have completed CBT modules 1 and 2 currently available on the USDC District of Hawaii website at: www.hid.uscourts.gov

   a. I will abide by all orders, rules, and administrative procedures governing the use of my login and password and the electronic filing of documents in the CM/ECF system of the United States District Court for the District of Hawaii.
   b. Use of my CM/ECF User login and password constitutes my signature on an electronically filed document for all purposes and shall have the same force and effect as if I had affixed my signature on a paper copy of the document being filed (full participation registrants only).
   c. I may authorize one or more employees or office staff members to use my login and password for the electronic filing of a document. However, such use constitutes my signature on the electronically filed document. I will not knowingly permit use of my login and password by anyone not so authorized, I shall take steps to prevent such unauthorized use, and I shall be fully responsible for all use of the login and password whether authorized or unauthorized. If authorization to use a login and password is withdrawn (e.g., when a staff member leaves employment) or if unauthorized use of a login and password is suspected, I shall select and activate a new password for use in the CM/ECF system. I also shall immediately notify the court upon learning of any unauthorized use. I understand that failure to change the password and notify the court may result in sanctions (full participation registrants only).
   d. This registration constitutes my waiver of service of a paper copy of a notice and a request in writing that, instead of notice by mail, notice be sent to me by electronic transmission through the court's CM/ECF system. This also constitutes my consent in writing to accept service of documents by e-mail through the CM/ECF system. I will maintain an active e-mail account for notice and service by electronic transmission, and will keep such e-mail account information current in my CM/ECF User account.

**I declare under penalty of perjury that the foregoing is true and correct.** (Attach any additional pages if any further explanation is needed)

Dated: 11/12/2021

_____
Signature

**CONSENT OF LOCAL COUNSEL**
(Local counsel may sign below if consent is not recorded elsewhere.)

Dated: 11/21/21

_____
Signature

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| Plaintiff,<br><br>vs.<br><br>Defendant. | Case. No.  1:21-cv-456<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Paul L. Hoffman |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Paul L. Hoffman to Appear Pro Hac Vice.

| Name of Attorney: | Paul L. Hoffman |
|---|---|
| Firm Name: | Schonbrun Seplow Harris Hoffman & Zeldes LLP |
| Firm Address: | 200 Pier Avenue, Suite 226<br>Hermosa Beach, California 90254 |
| Attorney CM/ECF Primary email address: | hoffpaul@aol.com |
| Firm Telephone: | 310-717-7373 |
| Party Represented | Plaintiff Joshua Spriesterbach |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____