| | |
|---|---|
| CV 21-00456 JAO-RT | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Nov 22, 2021<br>MICHELLE RYNNE, CLERK OF COURT<br>At 10 oclock and 11 min am |

[✔]   ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[]    ORDER SETTING STATUS CONFERENCE

for **Monday, January 24, 2022** at 9:00 a.m. before:

[✔]   Magistrate Judge Rom Trader via AT&T conference (Call: 1-888-363-4735 / Access Code 2070326)

[]    Magistrate Judge Wes Reber Porter via AT&T conference (Call: 1-888-278-0296 / Access Code: 8224751)

[]    Magistrate Judge Kenneth J. Mansfield in Courtroom 6

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Monday, November 22, 2021.

/s/ J. Michael Seabright
Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date   November 22, 2021                Signature _____
                                        Atty ( ) Secy ( ) Messenger ( )

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.  PLEASE DO NOT REMOVE.**