Jennifer L. Brown #10885
Hawai'i Civil Rights Project
P.O. Box 8415
Honolulu, HI 96830
Phone: 808-554-5576
Email: hawaiicivilrightsproject@gmail.com

Alphonse A. Gerhardstein #0032053
Jacqueline Greene #  0092733
Friedman, Gilbert, + Gerhardstein
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
PH: 513.572.4200
FAX: 216.621.0427
Email: al@fgggirm.com
(*Pro Hac Vice Pending*)

Paul Hoffman #71244
John Washington #315991
Schonbrun, Seplow, Harris, Hoffman & Zeldes
200 Pier Avenue # 226
Hermosa Beach, California 90254
Ph: 310-717-7373
Emails: hoffpaul@aol.com; jwashington@sshhzlaw.com
(*Pro Hac Vice Pending*)

Attorneys for Plaintiff
JOSHUA SPRIESTERSBACH

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JOSHUA SPRIESTERSBACH,<br><br>             Plaintiff,<br><br>    vs.<br><br>STATE OF HAWAI'I, CITY AND COUNTY OF HONOLULU, OFFICER ABRAHAM K. | Case No.  CV 21-00456 JAO-RT<br><br>SUMMONS<br><br><br><br>JURY TRIAL DEMANDED |

BRUHN, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE PUBLIC DEFENDER, NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA, LESLIE MALOIAN, JACQUELINE ESSER, JASON BAKER, MERLINDA GARMA, SETH PATEK, DR. JOHN COMPTON, DR. MELISSA VARGO, DR. SHARON TISZA, HAWAIʻI STATE HOSPITAL, DR. ALLISON GARRETT, and JOHN/JANE DOES 1-20,

          Defendants.

## SUMMONS IN A CIVIL ACTION

TO:   ALL DEFENDANTS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alphonse A. Gerhardstein
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATED: Honolulu, Hawaii, _____November 22, 2021_____.

/s/ Michelle Rynne, Clerk by EA, Deputy Clerk
Signature of Clerk of the above-entitled Court