IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOSHUA SPRIESTERSBACH, | ) | CIVIL NO. 21-00456 JAO-RT |
| Plaintiff, | ) ) | ORDER OF RECUSAL |
| vs. | ) ) | |
| STATE OF HAWAIʻI, et al., | ) ) | |
| Defendants. | ) ) ) | |

## ORDER OF RECUSAL

To avoid the appearance of impropriety, or a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case. This matter is returned to the Clerk's Office for reassignment.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, November 22, 2021.



Jill A. Otake
United States District Judge

CIVIL NO. 21-00456 JAO-RT; *Spriestersbach v. State of Hawaiʻi, et al.*; Order of Recusal