**AP**

200 Liberty St.
New York, NY 10281
T 212.621.1500, F 212.621.1000

ap.org

Letter

Jennifer Kelleher

The Associated Press

jkelleher@ap.org

808-536-5510                                                                 March 3, 2022

U.S. District Judge Leslie E. Kobayashi

U.S. District Court, District of Hawaii

300 Ala Moana Blvd. C-338

Honolulu, HI 96850

Your Honor,

I am a reporter with The Associated Press in Honolulu. I am requesting video access to the motion for preliminary injunction hearing in Spriestersbach v. State of Hawaii (21-cv-00456-LEK) scheduled for March 11, 2022 at 9:45 a.m.

I agree to remain muted and off-camera during the entirety of the proceeding, unless instructed otherwise by the court. I will not record any of the proceeding. If granted access, I will not share the login-access information in any form with others.

I would like to also request video access to all future on-the-record- proceedings in this case that are conducted by video conference.

I am grateful for options to safely cover court proceedings remotely during the coronavirus pandemic.

Thank you,

Jennifer Kelleher

**THE ASSOCIATED PRESS**