# HONOLULU CIVIL BEAT

Letter

808.737.2300 | CIVILBEAT.ORG | 3465 WAIALAE AVE, #200 / HONOLULU, HI 96816

March 3, 2022

U.S. District Judge Leslie E. Kobayashi

U.S. District Court, District of Hawaii

300 Ala Moana Boulevard C-338

Honolulu, Hawaii 96850

Dear Judge Kobayashi,

I'm a reporter and editor for Honolulu Civil Beat. I am requesting video access to the motion for preliminary injunction hearing in Spriestersbach v. State of Hawaii (21-cv-00456=LEK) scheduled for March 11 at 9:45 a.m.

I agree to remain muted and off camera during the proceeding and I will not record any of the proceeding.

I would also like to request video access to all future public proceedings in this case that are conducted by video conference.

Thank you for your consideration of this request and, if granted, please let me know how I go about accessing it.

Best regards,

Patti Epler

Editor

808-377-0561