March 10, 2022

RE: Preliminary Injunction Hearing
    March 11, 9:45 am HST
    *Spriestersbach v State of Hawai'i*, (21-cv-00456-LEK)

Dear Judge Kobayashi,

My name is Kenneth Lawson and I am requesting video access to the motion for preliminary injunction hearing in Spriesterbach v State of Hawai'i scheduled for March 11, 2022, at 9:45 a.m.

I agree to remain muted and off-camera during the entire proceeding. I will not record the proceeding. If granted access, I will not share the login-access information in any form with others.

I would like to request video access to all future on-the-record proceedings in this case that are conducted by video conference.

Thank you,

*[signature]*

Kenneth Lawson
Cell 808-542-7978