Of Counsel:
**ROECA LURIA SHIN LLP**
A Limited Liability Law Partnership

ARTHUR F. ROECA       1717-0
aroeca@rlhlaw.com
LOIS H. YAMAGUCHI     5386-0
lyamaguchi@rlhlaw.com
841 Bishop Street, Suite 900
Honolulu, Hawai'i  96813-3917
Telephone:  (808) 538-7500

Attorneys for Defendant
ALLISON GARRETT, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JOSHUA SPRIESTERSBACH,<br><br>                Plaintiff,<br>     vs.<br><br>STATE OF HAWAI'I, CITY AND COUNTY OF HONOLULU, OFFICER ABRAHAM K. BRUHN, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE PUBLIC DEFENDER, NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA, LESLIE MALOIAN, JACQUELINE ESSER, JASON BAKER, MERLINDA GARMA, SETH PATEK, DR. JOHN COMPTON, DR. MELISSA VARGO, DR. SHARON TISZA, HAWAI'I STATE HOSPITAL, DR. ALLISON GARRETT, and JOHN/JANE DOES 1-20,<br><br>                Defendants. | CIVIL NO. 21-00456 LEK-RT<br><br>DEFENDANT ALLISON GARRETT, M.D.'S STATEMENT OF NO POSITION TO (1) [80] DEFENDANT DR. SHARON TISZA'S MOTION TO DISMISS COMPLAINT (FILED MARCH 14, 2022) AND (2) [84] DEFENDANTS DR. JOHN COMPTON AND DR. MELISSA VARGO'S SUBSTANTIVE JOINDER IN DEFENDANT DR .SHARON TISZA'S MOTION TO DISMISS COMPLAINT (FILED MARCH 17, 2022); CERTIFICATE OF SERVICE<br><br>[DOC NOS. 80, 84]<br><br>Hearing Date 5/13/22:  VACATED<br><br>JUDGE:  Honorable Leslie E. Kobayashi |

|  | TRIAL:   None |
|---|---|

306-294/SNP C&C Mtn Jmt on Pldg

# DEFENDANT ALLISON GARRETT, M.D.'S
# STATEMENT OF NO POSITION TO (1) [80] DEFENDANT
# DR. SHARON TISZA'S MOTION TO DISMISS COMPLAINT
# (FILED MARCH 14, 2022) AND (2) [84] DEFENDANTS
# DR. JOHN COMPTON AND DR. MELISSA VARGO'S
# SUBSTANTIVE JOINDER IN DEFENDANT DR .SHARON TISZA'S
# MOTION TO DISMISS COMPLAINT (FILED MARCH 17, 2022)

COMES NOW, Defendant ALLISON GARRETT, M.D., by and through her attorneys, Roeca Luria Shin LLP, and pursuant to Local Rule 7.2, states that she takes no position with respect to (1) Defendant DR. SHARON TISZA's Motion to Dismiss Complaint, filed March 14, 2022, and (2) Defendants DR. JOHN COMPTON and DR. MELISSA VARGO's Substantive Joinder in Defendant DR. SHARON TISZA's Motion to Dismiss Complaint, filed March 17, 2022.

DATED:  Honolulu, Hawaii, April 14, 2022

                                                      */s/ Arthur F. Roeca*
                                                      ARTHUR F. ROECA
                                                      LOIS H. YAMAGUCHI
                                                      Attorneys for Defendant
                                                      ALLISON GARRETT, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JOSHUA SPRIESTERSBACH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF HAWAIʻI, CITY AND COUNTY OF HONOLULU, OFFICER ABRAHAM K. BRUHN, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE PUBLIC DEFENDER, NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA, LESLIE MALOIAN, JACQUELINE ESSER, JASON BAKER, MERLINDA GARMA, SETH PATEK, DR. JOHN COMPTON, DR. MELISSA VARGO, DR. SHARON TISZA, HAWAIʻI STATE HOSPITAL, DR. ALLISON GARRETT, and JOHN/JANE DOES 1-20,<br><br>　　　　Defendants. | CIVIL NO. 21-00456 LEK-RT<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undesigned hereby certifies that, on this date, a copy of the foregoing document was duly served electronically through CM/ECF, upon the following, as indicated below:

JENNIFER L. BROWN, ESQ.　　　　　hawaiicivilrightsproject@gmail.com
Hawaii Civil Rights Project
P.O. Box 8415
Honolulu, HI  96830

ALPHONSE A. GERHARDSTEIN, ESQ.  al@fgggirm.com
JACQUELINE GREENE, ESQ.  jacqueline@fggfirm.com
Friedman, Gilbert, + Gerhardstein
441 Vine Street, Suite 3400
Cincinnati, Ohio  45202

PAUL HOFFMAN, ESQ.  hoffpaul@aol.com
JOHN WASHINGTON, ESQ.  jwashingston@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes
200 Pier Avenue #226
Hermosa Beach, CA  90254
    Attorneys for Plaintiff
    JOSHUA SPRIESTERSBACH

THOMAS E. COOK, ESQ.  tcook@lbchlaw.com
EDQUON LEE, ESQ.  elee@lbchlaw.com
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
    Attorneys for Defendant
    DR. SHARON TISZA

HOLLY T.SHIKADA, ESQ.
Attorney General of Hawaii
CARON M. INAGAKI, ESQ.  Caron.M.Inagaki@hawaii.gov
KENDALL J. MOSER, ESQ.  Kendall.J.Moser@hawaii.gov
Deputy Attorneys General
Department of the Attorney General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
    Attorneys for Defendants
    STATE OF HAWAII, DEPARTMENT
    OF PUBLIC SAFETY, DR. JOHN
    COMPTON, DR. MELISSA VARGO
    and HAWAII STATE HOSPITAL

| | |
|---|---|
| MARIE MANUELE GAVIGAN, ESQ. | Marie.M.Gavigan@hawaii.gov |
| JUSTINE T.M. HURA, ESQ. | Justine.T.Hura@hawaii.gov |
| DAVID N. MATSUMIYA, ESQ. | David.N.Matsumiya@hawaii.gov |

State of Hawaii
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii  96813
    Attorneys for Defendants
    OFFICE OF THE PUBLIC DEFENDER,
    NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA,
    LESLIE MALOIAN, JACQUELINE ESSER,
    JASON BAKER, MERLINDA GARMA and SETH PATEK

| | |
|---|---|
| ROBERT M. KOHN, ESQ. | robert.kohn@honolulu.gov |
| RICHARD D. LEWALLEN, ESQ. | rlewallen@honolulu.gov |

Department of the Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii  96813
    Attorney for Defendant
    CITY AND COUNTY OF HONOLULU

    DATED:  Honolulu, Hawaiʻi, April 14, 2022.

                          */s/ Arthur F. Roeca*
                          ARTHUR F. ROECA
                          LOIS H. YAMAGUCHI
                          Attorneys for Defendant
                          ALLISON GARRETT, M.D.