HOLLY T. SHIKADA        4017
Attorney General of Hawaii

CARON M. INAGAKI        3835
KENDALL J. MOSER        6515
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Telephone: (808) 586-1494
E-mail:  Caron.M.Inagaki@hawaii.gov
         Kendall.J.Moser@hawaii.gov

Attorneys for Defendants
STATE OF HAWAII, DEPARTMENT
OF PUBLIC SAFETY, DR. JOHN
COMPTON, DR. MELISSA VARGO,
AND HAWAII STATE HOSPITAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSHUA SPRIESTERSBACH,<br><br>                  Plaintiff,<br>vs.<br><br>STATE OF HAWAII, CITY AND COUNTY OF HONOLULU, OFFICER ABRAHAM K. BRUHN, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE PUBLIC DEFENDER, NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA, LESLIE MALOIAN JACQUELINE ESSER, JASON BAKER, MERLINDA GARMA, SETH PATEK, DR. JOHN | CIVIL NO. 21-00456 LEK-RT<br><br>DEFENDANTS DR. JOHN COMPTON AND DR. MELISSA VARGO'S REPLY IN SUPPORT OF SUBSTANTIVE JOINDER IN DEFENDANT DR. SHARON TISZA'S MOTION TO DISMISS COMPLAINT; CERTIFICATE OF SERVICE<br><br>ECF No. 80 |

. . ." Plaintiff argues that because the doctors evaluated "the wrong person" they therefore do not have immunity. Id. at p. 9.

The doctors were appointed by the Court to examine and report on *the Plaintiff*, regardless of the various names he used in the past, and by so doing were acting in furtherance of the Court's orders. For example, as Plaintiff points out on p. 5 of his opposition, Dr. Compton noted that prior records for the Plaintiff listed the "additional" name of Joshua Spriestersbach, but Dr. Compton wrote that "I shall use the name on the Court order, Thomas Castleberry in this report." Apparently, Plaintiff's position is that if Dr. Compton had instead called him Joshua Spriestersbach in his report then everything would have been copacetic.

It is clear that Drs. Compton and Vargo were acting as arms of the court and pursuant to the orders described above. Accordingly, the doctors are entitled to the immunity given to the Court which issued those orders.

## II.  CONCLUSION

Based on the foregoing reasons and authorities, and those in their substantive joinder, Dr. Compton and Dr. Vargo respectfully request that this Court grant Dr. Tisza's Motion to Dismiss and their joinder therein.

DATED: Honolulu, Hawaii, April 28, 2022.

        STATE OF HAWAII

        HOLLY T. SHIKADA
        Attorney General of Hawaii

        /s/ Kendall J. Moser
        KENDALL J. MOSER
        Deputy Attorney General

        Attorney for Defendants
        STATE OF HAWAII,
        DEPARTMENT OF PUBLIC
        SAFETY, DR. JOHN
        COMPTON, DR. MELISSA
        VARGO, AND HAWAII
        STATE HOSPITAL