| | |
|---|---|
| HOLLY T. SHIKADA | 4017 |

Attorney General of Hawaii

| | |
|---|---|
| CARON M. INAGAKI | 3835 |
| KENDALL J. MOSER | 6515 |

Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
E-mail:  Caron.M.Inagaki@hawaii.gov
            Kendall.J.Moser@hawaii.gov

Attorneys for Defendants
STATE OF HAWAII, DEPARTMENT
OF PUBLIC SAFETY, DR. JOHN
COMPTON, DR. MELISSA VARGO,
AND HAWAII STATE HOSPITAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSHUA SPRIESTERSBACH,<br><br>           Plaintiff,<br>   vs.<br><br>STATE OF HAWAII, CITY AND COUNTY OF HONOLULU, OFFICER ABRAHAM K. BRUHN, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE PUBLIC DEFENDER, NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA, LESLIE MALOIAN JACQUELINE ESSER, JASON BAKER, MERLINDA GARMA, SETH PATEK, DR. JOHN | CIVIL NO. 21-00456 LEK-RT<br><br>ERRATA RE: DEFENDANTS DR. JOHN COMPTON AND DR. MELISSA VARGO'S REPLY IN SUPPORT OF SUBSTANTIVE JOINDER IN DEFENDANT DR. SHARON TISZA'S MOTION TO DISMISS COMPLAINT, FILED APRIL 28, 2022; EXHIBIT A; CERTIFICATE OF SERVICE<br><br>ECF No. 80 |

| |
|---|
| COMPTON, DR. MELISSA VARGO, DR. SHARON TISZA, HAWAII STATE HOSPITAL, DR. ALLISON GARRETT, and JOHN/JANE DOES 1-20, <br><br> Defendants. |

ERRATA RE: DEFENDANTS DR. JOHN COMPTON AND DR. MELISSA VARGO'S REPLY IN SUPPORT OF SUBSTANTIVE JOINDER IN DEFENDANT DR. SHARON TISZA'S MOTION TO DISMISS COMPLAINT, FILED APRIL 28, 2022

Defendants Dr. John Compton and Dr. Melissa Vargo, by and through their attorneys, Holly T. Shikada, Attorney General of Hawaii, and Caron M. Inagaki and Kendall J. Moser, Deputy Attorneys General, hereby submit page 2 to DEFENDANTS DR. JOHN COMPTON AND DR. MELISSA VARGO'S REPLY IN SUPPORT OF SUBSTANTIVE JOINDER IN DEFENDANT DR. SHARON TISZA'S MOTION TO DISMISS COMPLAINT, filed April 28, 2022 (dkt. 112). Page 2, attached as Exhibit A, was inadvertently not included with the Reply at the time of filing with this Court.

DATED: Honolulu, Hawaii, April 28, 2022.

    STATE OF HAWAII

    HOLLY T. SHIKADA
    Attorney General of Hawaii

    /s/ Kendall J. Moser
    KENDALL J. MOSER
    Deputy Attorney General

    Attorney for Defendants
    STATE OF HAWAII,
    DEPARTMENT OF PUBLIC
    SAFETY, DR. JOHN
    COMPTON, DR. MELISSA
    VARGO, AND HAWAII STATE
    HOSPITAL