HOLLY T. SHIKADA
Attorney General for the State of Hawai'i

MARIE MANUELE GAVIGAN    6585
JUSTINE HURA    8861
Deputy Attorneys General
Department of the Attorney General
  State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Telephone:  (808) 586-1300
Facsimile:  (808) 586-1369
E-mail:  marie.m.gavigan@hawaii.gov
         justine.t.hura@hawaii.gov

Attorneys for Defendants
  OFFICE OF THE PUBLIC DEFENDER;
  JASON BAKER; MERLINDA GARMA;
  LESLEY MALOIAN; MICHELE MURAOKA;
  SETH PATEK; and NIETZSCHE LYNN
  TOLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JOSHUA SPRIESTERSBACH,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI'I, CITY AND COUNTY OF HONOLULU, OFFICER ABRAHAM K. BRUHN, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE PUBLIC DEFENDER, NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA, | Civil No.:  1:21-cv-00456 LEK-RT<br><br>CERTIFICATE OF SERVICE<br><br>[re:  Defendant Michele Muraoka's Answer and Written Response to *Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Michele Muraoka*, Dated March 16, 2022] |

851426_2.DOC                                                    1

| |
|---|
| LESLIE MALOIAN, JACQUELINE ESSER, JASON BAKER, MERLINDA GARMA, SETH PATEK, DR. JOHN COMPTON, DR. MELISSA VARGO, DR. SHARON TISZA, HAWAI'I STATE HOSPITAL, DR. ALLISON GARRETT, and JOHN/JANE DOES 1-20, <br><br> Defendants. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date stated below, the original and a copy of *Defendant Michele Muraoka's Answer and Written Response to Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Michele Muraoka, Dated March 16, 2022* was duly served upon the parties named below, via the method indicated below, at their respective last-known addresses.

Jennifer L. Brown, Esq.  ☐ CM/ECF
  Email:  jenbrown@hawaiiinnocenceproject.org  ☐ Personal Service
HAWAI'I CIVIL RIGHTS PROJECT  ☒ U.S. Postal Service
P.O. Box 8415
Honolulu, Hawai'i 96830
  Attorneys for Plaintiff
    JOSHUA SPRIESTERSBACH

| | |
|---|---|
| Alphonse A. Gerhardstein, Esq.<br>  Email: al@FGGfirm.com<br>Jacqueline Greene, Esq.<br>  Email: jacqueline@FGGfirm.com<br>FRIEDMAN, GILBERT, + GERHARDSTEIN<br>441 Vine Street, Suite 3400<br>Cincinnati, Ohio 45202<br>  Attorneys for Plaintiff<br>    JOSHUA SPRIESTERSBACH | ☐ CM/ECF<br>☐ Personal Service<br>☒ U.S. Postal Service |
| Paul Hoffman, Esq.<br>  Email: hoffpaul@aol.com<br>John Washington, Esq.<br>  Email: jwashington@sshhzlaw.com<br>SCHONBRUN, SEPLOW, HARRIS, HOFFMAN & ZELDES<br>200 Pier Avenue #226<br>Hermosa Beach, California 90254<br>  Attorneys for Plaintiff<br>    JOSHUA SPRIESTERSBACH | ☐ CM/ECF<br>☐ Personal Service<br>☒ U.S. Postal Service |

| | |
|---|---|
| Richard D. Lewallen<br>  Email: rlewallen@honolulu.gov<br>Robert M. Kohn<br>  Email: Robert.kohn@honolulu.gov<br>Deputy Corporation Counsel<br>City and County of Honolulu<br>530 S. King Street, Room 110<br>Honolulu, Hawai'i 96813<br>  Attorney for Defendant<br>    CITY AND COUNTY OF HONOLULU | ☐ CM/ECF<br>☐ Personal Service<br>☒ U.S. Postal Service |
| Thomas E. Cook, Esq.<br>  Email: tcook@lbchlaw.com<br>Edquon Lee, Esq.<br>  Email: elee@lbchlaw.com<br>LYONS, BRANDT, COOK & HIRAMATSU<br>1800 Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawai'i 96813<br>  Attorneys for Defendant<br>    DR. SHARON TISZA | ☐ CM/ECF<br>☐ Personal Service<br>☒ U.S. Postal Service |
| Arthur F. Roeca, Esq.<br>  Email: aroeca@rlhlaw.com<br>Lois H. Yamaguchi, Esq.<br>  Email: lyamaguchi@rlhlaw.com<br>ROECA LURIA SHIN LLP<br>841 Bishop Street, Suite 900<br>Honolulu, Hawai'i 96813-3917<br>  Attorneys for Defendant<br>    DR. ALLISON GARRETT | ☐ CM/ECF<br>☐ Personal Service<br>☒ U.S. Postal Service |

| | |
|---|---|
| Caron M. Inagaki<br>  Email:  caron.m.inagaki@hawaii.gov<br>Kendall J. Moser<br>  Email:  kendall.j.moser@hawaii.gov<br>Deputy Attorneys General<br>Department of the Attorney General, State of Hawai'i<br>425 Queen Street<br>Honolulu, Hawai'i  96813<br>  Attorneys for Defendants<br>    STATE OF HAWAI'I, DEPARTMENT OF PUBLIC SAFETY,<br>    DR. JOHN COMPTON, DR. MELISSA VARGO, and HAWAI'I<br>    STATE HOSPITAL | ☐ CM/ECF<br>☐ Personal Service<br>☒ U.S. Postal Service |

DATED:  Honolulu, Hawai'i, May 6, 2022.

/s/  Justine Hura
MARIE MANUELE GAVIGAN
JUSTINE HURA
  Attorneys for Defendants
    OFFICE OF THE PUBLIC DEFENDER;
    JASON BAKER; MERLINDA GARMA;
    LESLEY MALOIAN; MICHELE
    MURAOKA; SETH PATEK; and
    NIETZSCHE LYNN TOLAN