DANA M. O. VIOLA            6095
Corporation Counsel

RICHARD D. LEWALLEN   7092
ROBERT M. KOHN            6291
Deputies Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawai'i  96813
Telephone:  (808) 768-5242 / (808) 768-5129
Facsimile:  (808) 768-5105
Email:  rlewallen@honolulu.gov / robert.kohn@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JOSHUA SPRIESTERSBACH,<br><br>      Plaintiff,<br><br>    vs.<br><br>STATE OF HAWAI'I, CITY AND COUNTY OF HONOLULU, OFFICER ABRAHAM K. BRUHN, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE PUBLIC DEFENDER, NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA, LESLIE MALOIAN, JACQUELINE ESSER, JASON BAKER, MERLINDA GARMA, SETH PATEK, DR. JOHN COMPTON, DR. MELISSA VARGO, DR. SHARON TISZA, HAWAI'I STATE HOSPITAL, DR. ALLISON GARRETT, and JOHN/JANE DOES 1-20,<br><br>      Defendants. | CIVIL NO. CV21-00456 LEK/RT<br><br>CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANT CITY AND COUNTY OF HONOLULU'S RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CITY OF HONOLULU<br><br>[Bates-stamped Document Nos. C000185 – C001851]) |

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, a true and correct copy of *DEFENDANT CITY AND COUNTY OF HONOLULU'S RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CITY OF HONOLULU [Bates-stamped Document Nos. C000185 – C001851])* was served on the following at their last-known address as shown below via U.S. Mail, postage prepaid:

ALPHONSE A. GERHARDSTEIN, ESQ.          *Original + 1 Copy*
JACQUELINE GREENE, ESQ.
Friedman, Gilbert, + Gerhardstein
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202

Attorneys for Plaintiff
JOSHUA SPRIESTERSBACH

DATED:  Honolulu, Hawaiʻi, May 20, 2022.

>    DANA M. O. VIOLA
>    Corporation Counsel
>
>    By:  /s/ Richard D. Lewallen
>        RICHARD D. LEWALLEN
>        ROBERT M. KOHN
>        Deputies Corporation Counsel
>
>    Attorneys for Defendant
>    CITY AND COUNTY OF HONOLULU