JENNIFER L. BROWN #10885
Hawaiʻi Civil Rights Project
P.O. Box 8415
Honolulu, HI 96830
Phone: 808-554-5576
Email: hawaiicivilrightsproject@gmail.com

Attorneys for Plaintiff
JOSHUA SPRIESTERSBACH

*Additional counsel continued on next page*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JOSHUA SPRIESTERSBACH,<br><br>            Plaintiff,<br><br>  vs.<br><br>STATE OF HAWAIʻI, CITY AND COUNTY OF HONOLULU, OFFICER ABRAHAM K. BRUHN, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE PUBLIC DEFENDER, NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA, LESLIE MALOIAN, JACQUELINE ESSER, JASON BAKER, MERLINDA GARMA, SETH PATEK, DR. JOHN COMPTON, DR. MELISSA VARGO, DR. SHARON TISZA, HAWAIʻI STATE HOSPITAL, DR. ALLISON GARRETT, and JOHN/JANE DOES 1-20,<br><br>            Defendants. | Civil No. CV 21-00456 LEK/RT<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLAIMS FOR RELIEF AGAINST DEFENDANT ABRAHAM K. BRUHN; ORDER<br><br><br><br><br><br>Judge: Hon. Leslie E. Kobayashi<br><br>Trial Date: None. |

ALPHONSE A. GERHARDSTEIN #0032053 (OH)
JACQUELINE GREENE # 0092733 (OH)
Friedman, Gilbert, + Gerhardstein
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
PH: 513.572.4200
FAX: 216.621.0427
Email: al@fggfirm.com; jacqueline@fggfirm.com

PAUL HOFFMAN #71244
JOHN WASHINGTON #315991
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Ave. Ste. 226
Hermosa Beach, California 90254
Phone: 310-717-7373
Emails: hoffpaul@aol.com; jwashington@sshhzlaw.com

Attorneys for Plaintiff
JOSHUA SPRIESTERSBACH

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT ABRAHAM K. BRUHN

Plaintiff and Defendant Abraham K. Bruhn, acting through counsel, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1, that Plaintiff's claims against Defendant Bruhn in the Complaint filed on November 21, 2021, are hereby dismissed without prejudice.

Plaintiff and the Defendant Bruhn further stipulate that the statute of limitations for the claims against Defendant Bruhn shall be tolled during the period from the filing of this stipulation and order through the filing of an amended complaint (if any) that includes claims against Defendant Bruhn.

Plaintiff and the Defendant Bruhn shall each bear their own attorney's fees and costs.

All other claims against all other Defendants shall remain.

All parties who have appeared in this action have signed this stipulation.

Dated:  Cincinnati, Ohio, May 24, 2022.

    /s/ Alphonse A. Gerhardstein
ALPHONSE A. GERHARDSTEIN, ESQ.
JACQUELINE GREENE, ESQ.
JENNIFER L. BROWN, ESQ.
PAUL HOFFMAN, ESQ.
JOHN WASHINGTON, ESQ.

Attorneys for Plaintiff
JOSHUA SPRIESTERSBACH

Dated:  Honolulu, Hawai'i, May 24, 2022.

    /s/ Robert M. Kohn
RICHARD D. LEWALLEN
ROBERT M. KOHN
Deputies Corporation Counsel

Attorneys for Defendant
ABRAHAM BRUHN

---

*Spriestersbach v. State of Hawaii, et al.*, Civil No. CV 21-00456 LEK-RT; Stipulation for Dismissal Without Prejudice of Plaintiff's Claims for Relief Against Defendant Abraham K. Bruhn; Order

Dated:  Honolulu, Hawaiʻi, May 24, 2022.

    /s/ Justine Hura
MARIE MANUELE GAVIGAN
JUSTINE HURA
DAVID N. MATSUMIYA
Deputy Attorneys General

Attorneys for Defendants
OFFICE OF THE PUBLIC DEFENDER;
JASON BAKER; JACQUELYN ESSER;
MERLINDA GARMA; LESLEY
MALOIAN; MICHELE MURAOKA;
SETH PATEK; and NIETZSCHE LYNN
TOLAN

Dated:  Honolulu, Hawaiʻi, May 24, 2022.

    /s/ Edquon Lee
THOMAS E. COOK, ESQ.
EDQUON LEE, ESQ.

Attorneys for Defendant
DR. SHARON TISZA

Dated:  Honolulu, Hawaiʻi, May 24, 2022.

    /s/ Lois H. Yamaguchi
ARTHUR F. ROECA, ESQ.
LOIS H. YAMAGUCHI, ESQ.

Attorneys for Defendant
DR. ALLISON GARRETT

---

*Spriestersbach v. State of Hawaii, et al.*, Civil No. CV 21-00456 LEK-RT; Stipulation for Dismissal Without Prejudice of Plaintiff's Claims for Relief Against Defendant Abraham K. Bruhn; Order

Dated: Honolulu, Hawaiʻi, May 24, 2022.

/s/ Kendall J. Moser
CARON M. INAGAKI
KENDALL J. MOSER
Deputy Attorneys General

Attorneys for Defendants
STATE OF HAWAIʻI, DEPARTMENT
OF PUBLIC SAFETY, DR. JOHN
COMPTON, DR. MELISSA VARGO,
and HAWAIʻI STATE HOSPITAL

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Spriestersbach v. State of Hawaii, et al.*, Civil No. CV 21-00456 LEK-RT; Stipulation for Dismissal Without Prejudice of Plaintiff's Claims for Relief Against Defendant Abraham K. Bruhn; Order