

**Letter**

December 7, 2022

Magistrate Judge Rom A. Trader
United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, HI 96850
Trader_Orders@hid.uscourts.gov


RE:  Joint briefing proposal re Guardianship and Competence Assessment,
*Joshua Spriestersbach v. State of Hawaii*, et al, USDC, D. Hawaii,
Case No. 21-00456 LEK-RT

Dear Magistrate Judge Trader:

All counsel have conferred and agree on the following briefing schedule for simultaneous briefing.  Plaintiff will be filing a motion to substitute guardian Robert Griffith as plaintiff and defense counsel will be filing a motion(s) seeking a court appointed expert to evaluate Joshua Spriestersbach's competency.

December 30, 2022    Parties file their motions
January 27, 2022       Parties file responses to motions
February 17, 2022     Parties reply to responses
Hearing Date, if any, to be set by the Court


Further all counsel join in a request that the case calendar be suspended, and all dates reset after the guardianship/competency issues are resolved.

Sincerely,

*Alphonse Gerhardstein* (signature)

Alphonse Gerhardstein
al@FGGfirm.com

C:  All counsel

50 Public Square, Ste. 1900, Cleveland, OH 44113     35 East 7th Street, Ste. 201, Cincinnati, OH 45202
216.241.1430     513.572.4200
FGGfirm.com