IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSHUA SPRIESTERSBACH,<br><br>                   Plaintiff,<br>vs.<br><br>STATE OF HAWAII, CITY AND COUNTY OF HONOLULU, OFFICER ABRAHAM K. BRUHN, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE PUBLIC DEFENDER, NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA, LESLIE MALOIAN JACQUELINE ESSER, JASON BAKER, MERLINDA GARMA, SETH PATEK, DR. JOHN COMPTON, DR. MELISSA VARGO, DR. SHARON TISZA, HAWAII STATE HOSPITAL, DR. ALLISON GARRETT, and JOHN/JANE DOES 1-20,<br><br>                  Defendants. | CIVIL NO. 21-00456 LEK-RT<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, the foregoing document was served on the following electronically by CM/ECF:

    JENNIFER L. BROWN, ESQ.  hawaiicivilrightsproject@gmail.com
    Hawaii Civil Rights Project
    P. O. Box 8415
    Honolulu, Hawaii  96830

868236

| | |
|---|---|
| ALPHONSE A. GERHARDSTEIN, ESQ. | al@fggfirm.com |
| JACQUELINE GREENE, ESQ. | jacqueline@FGGfirm.com |

Friedman, Gilbert, Gerhardstein
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202

| | |
|---|---|
| PAUL HOFFMAN, ESQ. | hoffpaul@aol.com |
| JOHN WASHINGTON, ESQ. | jwashington@sshhzlaw.com |

Schonbrun, Seplow, Harris, Hoffman & Zeldes
200 Pier Avenue #226
Hermosa Beach, California 90254

Attorneys for Plaintiff
JOSHUA SPRIESTERSBACH

| | |
|---|---|
| JUSTINE HURA, ESQ. | justine.t.hura@hawaii.gov |
| AMANDA J. WESTON, ESQ. | Amanda.j.weston@hawaii.gov |

Deputy Attorneys General
425 Queen Street
Honolulu, Hawaii 96813

Attorneys for Defendants
OFFICE OF THE PUBLIC DEFENDER,
JASON BAKER, JACQUELINE ESSER,
MERLINDA GARMA, LESLEY
MALOIAN, MICHELLE MURAOKA,
SETH PATEK, AND NIETZSCHE LYNN
TOLAN

| | |
|---|---|
| RICHARD D. LEWALLEN, ESQ. | rlewallen@honolulu.gov |
| ROBERT M. KOHN, ESQ. | Robert.kohn@honolul.gov |
| PAUL AOKI, ESQ. | paoki@honolulu.gov |

Deputies Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawaii 96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

ARTHUR F. ROECA, ESQ.  aroeca@rlhlaw.com
LOIS H. YAMAGUCHI, ESQ.  lyamaguchi@rlhlaw.com
Roeca Luria Shin LLP
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813

Attorneys for Defendant
DR. ALLISON GARRETT

DATED: Honolulu, Hawaii, December 22, 2022.

                                STATE OF HAWAII

                                ANNE E. LOPEZ
                                Attorney General of Hawaii

                                /s/ Kendall J. Moser
                                KENDALL J. MOSER
                                Deputy Attorney General

                                Attorney for Defendants
                                STATE OF HAWAII,
                                DEPARTMENT OF PUBLIC
                                SAFETY, AND HAWAII
                                STATE HOSPITAL