JENNIFER L. BROWN #10885
Hawai'i Civil Rights Project
P.O. Box 8415, Honolulu, HI 96830
Phone: 808-554-5576
Email: hawaiicivilrightsproject@gmail.com

Alphonse A. Gerhardstein #0032053 (OH)
Jacqueline Greene # 0092733 (OH)
Friedman, Gilbert, + Gerhardstein
35 E Seventh Street, Suite 201, Cincinnati, Ohio 45202
PH: 513.572.4200
Email: al@fggfirm.com; jacqueline@fggfirm.com

Paul Hoffman #71244
John Washington #315991
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Ave. Ste. 226, Hermosa Beach, California 90254
Phone: 310-717-7373
Emails: hoffpaul@aol.com; jwashington@sshhzlaw.com

Attorneys for Plaintiff
JOSHUA SPRIESTERSBACH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JOSHUA SPRIESTERSBACH,<br><br>                Plaintiff,<br><br>     vs.<br><br>STATE OF HAWAI'I, CITY AND COUNTY OF HONOLULU, ET AL.<br><br>                Defendants. | Civil No.:  21-00456 LEK-RT<br><br>SUPPLEMENTAL STIPULATED PROTECTIVE ORDER |

## SUPPLEMENTAL STIPULATED PROTECTIVE ORDER

Pursuant to the ORDER REGARDING REQUEST FOR EXPEDITED DISCOVERY ASSISTANCE, entered on January 5, 2023 as Doc. 212, the Court hereby enters the following supplemental protective order.

1. This order shall supplement the STIPULATED PROTECTIVE ORDER entered on May 17, 2022 as Doc. 122, and the procedures set out therein, shall apply to the production of documents under this order.

2. The following documents regarding Thomas Castleberry ("Castleberry") shall be produced by DPS pursuant to these protective orders:

   a. Complete inmate file for said individual limited to the period from January 1, 2005, to January 17, 2020. This shall include the following:

      i. Information/documents generated as part of identification processing during intake at OCCC and release and discharge from OCCC;

      ii. All booking documents, identification, verification of identification, fingerprint, photographs and the like, generated as part of the intake/discharge process and documentation;

    iii. All identifying information, such as names, aliases, dates of birth, social security numbers, residential and work addresses, phone numbers, physical description, such as height, weight, complexion, hair/eye color, notable scars/marks/tattoos, race/ethnicity and the like for said individual(s); and

    iv. All warrants/summons.

    v. DPS shall not produce any medical records except those of Plaintiff.

3. DPS shall produce the following documents regarding DPS personnel at OCCC who were directly responsible for booking, verifying the inmate's identity, fingerprinting, taking the inmate's photo, and completing initial intake documentation involving Plaintiff and/or Castleberry from January 1, 2005 to January 17, 2020:

    i. Job descriptions for each DPS or OCCC position held by employee;

    ii. Performance reviews, personnel action or discipline specifically relating to a failure to comply with DPS or OCCC policies and procedures concerning the instant case involving Plaintiff and Castleberry; and

iii. Training records and training materials relating to identification processing and/or verification of identification policies and procedures.

The undersigned parties therefore seek to apply the terms of the existing STIPULATED PROTECTIVE ORDER, Doc. 122, to the personal identifiers, information and images related to the DPS personnel for whom documents will be produced under this supplemental protective order.

DATED: Honolulu, Hawaiʻi, January 17, 2023.

/s/ Alphonse A. Gerhardstein
ALPHONSE A. GERHARDSTEIN, ESQ.
JACQUELINE GREENE, ESQ.
JENNIFER L. BROWN, ESQ.
PAUL HOFFMAN, ESQ.
JOHN WASHINGTON, ESQ.

Attorneys for Plaintiff
JOSHUA SPRIESTERSBACH

DATED: Honolulu, Hawaiʻi, January 17, 2023.

DANA M. O. VIOLA
Corporation Counsel

/s/ Paul Aoki
ROBERT M. KOHN
RICHARD D. LEWALLEN
PAUL AOKI
Deputies Corporation Counsel

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawai'i, January 17, 2023.

/s/Justine Hura
AMANDA J. WESTON
JUSTINE HURA
Deputy Attorneys General

Attorneys for Defendants
OFFICE OF THE PUBLIC DEFENDER;
JASON BAKER; LESLEY MALOIAN;
MICHELE MURAOKA; SETH PATEK; and
NIETZSCHE LYNN TOLAN

DATED:  Honolulu, Hawai'i, January 17, 2023.

/s/Arthur F. Roeca
ARTHUR F. ROECA, ESQ.
LOIS H. YAMAGUCHI, ESQ.

Attorneys for Defendant
DR. ALLISON GARRETT

DATED:  Honolulu, Hawai'i, January 17, 2023

/s/ Kendall J. Moser
CARON M. INAGAKI
KENDALL J. MOSER
Deputy Attorneys General

Attorneys for Defendants
STATE OF HAWAI'I, DEPARTMENT OF
PUBLIC SAFETY, and HAWAI'I STATE
HOSPITAL

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, January 19, 2023.



Rom A. Trader
United States Magistrate Judge

Civ. No. 21-00456 LEK-RT; *Spriestersbach v. State of Hawaiʻi, et al.*;
Supplemental Stipulated Protective Order