**PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF HAWAI'I**

I am a resident of Los Angeles County, State of California; I am over the age of eighteen years and not a party to the within action. My business address is 200 Pier Ave., Ste. 226, Hermosa Beach, CA 90254. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

On April 26, 2024, I caused service of the foregoing document described as:

**PLAINTIFF JOSHUA SPRIESTERSBACH'S THIRD SET OF REQUESTS FOR PRODUCTION TO DEFENDANT HAWAII STATE HOSPITAL.**

_____ [BY EMAIL] I caused the document listed above to be transmitted by email to the email address(es) set forth in the service list below.

__X__ [BY MAIL] I caused an envelope containing the aforementioned documents to be deposited in the mail in Los Angeles, California. The envelope was mailed with postage thereof paid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 26, 2024, at Hermosa Beach, California.

*/s/ Paul Hoffman*

Paul Hoffman

# PROOF OF SERVICE
## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAIʻI

I am a resident of Los Angeles County, State of California; I am over the age of eighteen years and not a party to the within action. My business address is 200 Pier Ave., Ste. 226, Hermosa Beach, CA 90254. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

On April 26, 2024, I caused service of the foregoing document described as:

**PLAINTIFF JOSHUA SPRIESTERSBACH'S SECOND SET OF INTERROGATORIES TO DEFENDANT HAWAII STATE HOSPITAL.**

_____[BY EMAIL] I caused the document listed above to be transmitted by email to the email address(es) set forth in the service list below.

__X__ [BY MAIL] I caused an envelope containing the aforementioned documents to be deposited in the mail in Los Angeles, California. The envelope was mailed with postage thereof paid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 26, 2024, at Hermosa Beach California.

Paul Hoffman