# HONOLULU POLICE DEPARTMENT
## ARREST REPORT

SI ADULT

*l. 502845 assigned*

| IRN | 1. STATE ID NO. | 2. OTN | 3. REPORT NO. |
|---|---|---|---|
| 15022773 *no print* | A6017796 | 1796C17 | 15-022773 |

| 4. DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | 5. SEX | 6. RACE | 7. AGE | 8. DOB | 9. HT | 10. WT | 11. EYES | 12. HAIR |
|---|---|---|---|---|---|---|---|---|
| SPRIESTERSBACH, JOSHUA | M | WHITE/CAUCASIAN | 43 | [redacted]71 | 6'2" | 210 | BLU | BLN |

| 13. AKA | 14. SSN | 15. OCCUPATION | 16. EMPLOYER/SCHOOL |
|---|---|---|---|
| DOE, JOHN | [redacted]4632 | UNEMPLOYED | NONE |

| 17. ADDRESS | 18. RESIDENCE PHONE | 19. BUSINESS PHONE | 20. BIRTHPLACE | 21. US CITIZEN |
|---|---|---|---|---|
| NO LOCAL | 0-- | 0-- | CA US | Y |

| 22. PLACE OF OFFENSE | 23. OFFENSE DATE/TIME/DAY | 24. DISTRICT | 25. BEAT |
|---|---|---|---|
| 280 N KING ST KAPALAMA, HONOLULU 96817 | 01-17-15/05:35/Saturday | 1 | 150 |

| 26. PLACE OF ARREST/BOOKING | 27. ARREST DATE/TIME/DAY | 28. DISTRICT | 29. BEAT |
|---|---|---|---|
| 280 N KING ST KAPALAMA, HONOLULU HI 96817 | 01-17-15/05:50/Saturday | 1 | 150 |

| 30. CHG NO | 31. ARRESTED FOR | 32. FINAL CHARGE | 33 MOD | 34. CLASS | 35. REPORT NO. | 36. BAIL SET | 37. RELEASE TYPE | 38. RELEASE BY |
|---|---|---|---|---|---|---|---|---|
| 1 | RO 10-01.02 PARK RULES/REGS PM | RO 10-01.02 PARK RULES/REGS PM | | PM | 15-022773 | $1,000 | ROR | JUDGE KAWAMURA |

*Identification not verified by fingerprints. The individual arrested under this OBTS/CCH Arrest Report was not fingerprinted.*

NCIC CHECKS MADE
BY: M IBRAO
ID#: 102624
DATE/TIME: 1-17-15/0755

JDPC/AFFI
"Signature Required"

| 39. HOW ARRESTED | 40. CASE IN CHIEF REPORT NO. | 41. WARRANT CHECKED | 42. WARRANT NO. |
|---|---|---|---|
| ON VIEW | | N | |

| 43. ARRESTING OFFICER/ID | 44. ASSISTING OFFICER/ID | 45. TRANSPORTING OFFICER/ID |
|---|---|---|
| CHONG, CHRISTOPHER/103309 | | CHONG, CHRISTOPHER/103309 |

| 46. APPARENT INJURIES | 47. TREATED | 48. REFUSED | 49. MEDICAL ALERT | 50. MEDICATIONS |
|---|---|---|---|---|
| none | | | none | none  9451151 |

| 51. BAC TYPE | 52. BAC LEVEL | 54. DISPOSITION VEHICLE - KEYS | 55. CUSTODIAL SEARCH BY | 56. PRISONER PROPERTY RECEIPT |
|---|---|---|---|---|
| | | | LEU, JEFFERY | NO. C471873  9451151 |

| 57. RECEIVED BY | 58. RECEIVED DATE/TIME | 59. CHARGED / DISCHARGED BY |
|---|---|---|
| LT J KAUWENAOLE 399305 | 01-17-15/06:15 | LT J KAUWENAOLE 399305 |

| 60. RELEASED APPROVED BY | 61. RELEASED DATE/TIME | 62. CHARGED / DISCHARGED DATE/TIME |
|---|---|---|
| LT. J. KAUWENAOLE | JAN 17 2015 /1030 | 01-17-15/06:15 |

| 63. BAIL RECEIPT NO. | 64. COURT-ROOM | 65. APPEARANCE DATE/TIME |
|---|---|---|
| ROR SLIP #399305 | 1111 Alakea St - 7C | FEB 17 2015 /0830 |

66. SYNOPSIS

hpd 1113

LIVESCAN PRINTS

WARRANT CHECKS MADE UNDER SPRIESTERSBACH, JOSHUA AND ALIAS: CASTLEBERRY, THOMAS/CASTLEBERRY, WILLIAM.

9451151

**POSSIBLE WARRANT UNDER CASTLEBERRY, THOMAS A#1077743. CHECKS VIA ID (DAISEY) PER ID PRINTS UNDER A#1077743 CASTLEBERRY, THOMAS DO NOT MATCH SPRIETERSBACH.**

NCIC: NEGATIVE FOR BOTH SPRIETERSBACH, JOSHUA/CASTLEBERRY, WILLIAM/CASTLEBERRY, THOMAS

| 67. REPORT WRITTEN BY | 68. APPROVED BY | 69. APPROVED DATE/TIME |
|---|---|---|
| IBRAO, MIKNE/102929 | LT J KAUWENAOLE 399305 | 01-17-15/06:15 |

Print Date: 01/17/2015

ORIGINAL IN RED  Page 1