**Hawaiʻi Civil Rights Project**
Jennifer L. Brown
PO BOX 8415
Honolulu, HI 96830
Cell: (808) 554-5576
E-mail: hawaiicivirightsproject@gmail.com

November 20, 2021

**<u>VIA CERTIFIED U.S. MAIL</u>**

Dana M.O. Viola
Krishna F. Jayaram
Department of Corporation Counsel
530 S. King Street, Suite 110
Honolulu, HI 96813

      *Re: <u>Joshua Spriestersbach's Amended Notice of Intent to Sue Pursuant to H.R.S. §46-72</u>*

Dear Corporation Counsel:

Joshua Spriestersbach has retained me to represent them for injuries suffered due to Mr. Spriestersbach being wrongfully arrested on May 11, 2017, for the crimes of Thomas Ralph Castleberry (Case# 1PC-06-1001421) and then wrongfully imprisoned at the Oahu Community Correctional Center ("O.C.C.C.") and then at the Hawaiʻi State Mental Hospital ("H.S.H") until his release on January 17, 2020. On August 9, 2021, I submitted a notice of intent to sue. This letter amends that initial notice to include the additional parties and claims that we intend to bring in our unfiled lawsuit.

I previously attached the memorandum in support of the Rule 40 petition that was recently filed on behalf of Mr. Spriestersbach (Case# 1CSP-21-0000207). I incorporate the facts as alleged in the memorandum as if entirely rewritten herein. Mr. Spriestersbach, as well his family, have suffered harm from the tortious conduct from the following departments/agencies: Honolulu Police Department ("HPD") and its officers (including Officer Abraham Bruhn); Department of Public Safety for O.C.C.C.; the Honolulu Office of the Public Defenders ("H.O.P.D."); and H.S.H. and it's doctors.

The factual allegations are more fully briefed in the attached Memorandum, but a brief synopsis of Mr. Spriestersbach's wrongful arrest and incarceration are as follows. Mr. Spriestersbach is a person who struggles with a mental health disability. On May 11, 2017, Mr. Spriestersbach was houseless at the time and waiting for food outside of Safe Haven, located at 126 N. Pauahi St. Honolulu, HI 96817. Thomas Ralph Castleberry, whom Mr. Spriestersbach did not know and had never met, had an outstanding felony bench warrant stemming from his 2006 case. When approached by the HPD officer, Mr. Spriestersbach told the officer his name was Joshua Spriestersbach. At no time did Mr. Spriestersbach say to the officer he was Thomas Castleberry. The HPD officer arrested Mr. Spriestersbach for Thomas Castleberry's outstanding felony bench warrant. Mr. Spriestersbach maintained his innocence and repeatedly told numerous employees of all county and state agencies mentioned above that he was not Thomas Castleberry and was

**EXHIBIT 35**

*Joshua Spriestersbach Amended Notice of Intent to Sue*
November 20, 2021
Page 2

not on Oahu when Thomas Castleberry committed his crimes. This injustice could have been avoided if HPD officers, D.P.S. employees at O.C.C.C., the public defenders, the prosecutor, and the H.S.H. compared the two men's fingerprints and photographs. Instead, agents for the county and state locked Mr. Spriestersbach in O.C.C.C. and the H.S.H for nearly two years and eight months and forced him to take strong psychiatric drugs. In January 2020, an H.S.H. Doctor finally listened to Mr. Spriestersbach, realized their mistake, and quietly released him to a homeless shelter with only $0.50 to his name.

Mr. Spriestersbach intends to bring the following claims against the individuals listed above including: 42 U.S.C. 1983 violations of the 4th and 14th Amendment, discrimination on the basis of disability, false imprisonment, negligence, medical malpractice, intentional infliction of emotional distress, negligent infliction of emotional distress, malicious prosecution, abuse of process, and legal malpractice. Mr. Spriestersbach has suffered from the tortious conduct caused by individuals and agencies described here and in the previously provided Rule 40 Memorandum, which provides sufficient notice pursuant to HRS §46-72. Furthermore, this letter serves as notice that the actions of those listed above also inflicted emotional distress and loss of consortium for the family of Mr. Spriestersbach. Damages are impossible to calculate at this point because the tort is still ongoing. However, I can say the harm done to my client and his family exceeds the jurisdictional amount for Hawai'i District Court civil cases.

In addition to providing you with this amended notice of our intent to sue, ==I also requested that you preserve all evidence related to this incident, including but not limited to: the arrest report, body camera, and notes from the May 17, 2017 arrest of Mr. Spriestersbach; any and records from O.C.C.C. regarding Mr. Spriestersbach and his care while incarcerated there from approximately 4 months from May-August, 2017; all records from H.S.H. regarding Mr. Spriestersbach's care from 2003 until his release in 2020; all records including arrest reports, police report, witness statements, and court records pertaining to Thomas Ralph Castleberry; all original memos and documents, and records taken by any investigative or officers, including any police reports, photographs, emails, and documents that may have been exchanged between any employee of H.P.D. or other employees of the City and County of Honolulu. No documents should be erased or destroyed - any and all emails, correspondence, or documents that are in any way related to this case should be preserved. This request for preservation of evidence is ongoing.==

If you would like to discuss a fair resolution of the matter before filing our lawsuit in Federal court, I can be reached at (808) 554-5576 or at hawaiicivilrightsproject@gmail.com.

                                      Sincerely,

                                      Jennifer Brown, Esq.

Cc: Mr. Joshua Spriestersbach
     Ms. Vedanta Griffith

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X A. Celouma B03    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  E Kollenberg<br>C. Date of Delivery  3/16/21 |
| 1. Article Addressed to:<br>Dana Viola / Krishna Jayaram<br>Dept. of Corp Counsel<br>530 S. King Street #110<br>Honolulu HI 96813<br><br>9590 9402 6575 1028 0041 16 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 2. Article Number (Transfer from service label)<br>7020 1290 0001 9983 8850 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   TS <E    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  My GS   C. Date of Delivery |
| 1. Article Addressed to:<br>Dana Viola<br>Dept. Corporation Counsel<br>530 S. King St Suite 110<br>Honolulu HI 96813 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6472 0346 3404 67 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 0350 0002 2853 2042 | ☐ Insured Mail<br>☐ Insured Mail Restricted Delivery |

PS Form 3811, July 2020 PSN 7530-02-000-9053                                                                                        Domestic Return Receipt