| | |
|---|---|
| **From:** | Alphonse Gerhardstein |
| **To:** | Lois H. Yamaguchi; Moser, Kendall J; Edquon Lee; Mayeshiro, Derek; hawaiicivilrightsproject@gmail.com; Jacqueline Greene; hoffpaul@aol.com |
| **Cc:** | Matsumiya, David N; Arthur F. Roeca; Gavigan, Marie M; Hura, Justine T; Inagaki, Caron M; Ikei, Jill; Velasco, Maureen; Amy Moore; Deborah A. Taylor; Sharon N. Hull; Alphonse Gerhardstein |
| **Subject:** | RE: Spriestersbach v. State, et al. Preservation of evidence |
| **Date:** | Wednesday, March 2, 2022 2:50:00 PM |
| **Attachments:** | image001.png |

Counsel – I know there was a formal preservation letter sent to the City at the start of the litigation. I simply want to state our request that *all* evidence in this case be preserved. In particular if records or database entries are changed or modified it is important that our experts be able to reconstruct all actions taken from the arrest of Mr. Spriestersbach going forward. This applies to all state databases including ecrim, Department of Public Safety, jail databases, law enforcement databases, public defender databases, hospital databases, and other electronic and paper records. Please advise your clients. Thank you.

Alphonse A. Gerhardstein
He, Him, His
al@fggfirm.com

441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
P: 513.572.4200
Cell: 513-659-4765
FAX: 216.621.0427

Friedman, Gilbert + Gerhardstein

FGGfirm.com

instagram | facebook | linkedin

FG+G
FOR THE PEOPLE.

**EXHIBIT 36**