EXHIBIT

1-11-24 Hernandez Exh 38

TO: DIVISION COMMANDER/PROSECUTOR/ADMINISTRATOR

FROM: HONOLULU POLICE DEPARTMENT, IDENTIFICATION UNIT

SUBJECT: <u>CORRECTION OF AN ARRESTED PERSON'S IDENTIFICATION</u>

Upon examination of the arrested person's fingerprints by the Honolulu Police Department's Identification Unit, the arrested person's identification has been corrected as follows:

<u>INITIAL ARREST INFORMATION:</u>

SID#: _____

Name: _____
_____

<u>CORRECTED TO:</u>

SID#: _____

Name: _____
_____

<u>REFERENCE INFORMATION:</u>

OBTS #: _____

Date of arrest: _____

Report #(s): _____

<u>CORRECTION MADE BY:</u>

Name: _____

ID#: _____

Date: _____

<u>COMMENTS:</u>

_____
_____

<u>DISTRIBUTION:</u>

Original:
Filed in the criminal history record

Copies to:
[ ] Records
[ ] HCJDC
[ ] Prosecutor's Office
[ ] Administrative Revocation Office
[ ] Photo Lab
[ ] Other: _____

<u>INVESTIGATOR/DIVISION:</u>

_____

ID/Badge #: _____

Element
[ ] CID
    [ ] Zone _____
[ ] CRU District _____
[ ] Narcotics/Vice Division
[ ] Traffic Division
[ ] Other: _____

<u>RECEIVED BY:</u>

_____
*Commander or Designee's signature*

Date/Time: _____

*** Please return a signed copy to the Records and Identification Division, ID Unit. If you have any questions, please call 529-3513.

*(Watermark: HPD-510 Form, to be reproduced by the PRINT SHOP. COR)*

HPD-510 (R-5/11)

Spriestersbach_City_000002