# DAILY ATTENDANCE REPORT

Page ____ of ____

DIVISION/UNIT: CRD 3RD WATCH    DATE: 05-11-17/THURSDAY

| NAME | MISC. | VAC/CT/OTHER | START | MEAL START | MEAL END | END | EMP INITIAL | OT HOURS | SUP INITIAL |
|---|---|---|---|---|---|---|---|---|---|
| NAKAMA, GLEN | RD | SA | 0800 | | | 1700 | (sig) | | (sig) |
| | | | | | | | | | |
| KON, DARRYL | RD$ | | 1530 | | | 2030 | (sig) | 5 | (sig) |

REMARKS:

APPROVED BY: _(signature)_    5-11-17

HPD-25 (R-01/07)

C002594

CONFIDENTIAL - SUBJECT TO STIPULATED PROTECTIVE ORDER