# eCrim Certified Record
## Data Generated: 04/03/2020
## Validation Code: ODZ_WFPQmHrw6L

https://ecrim.ehawaii.gov/ahewa/validate.do

Search Criteria: Last Name = SPRIESTERSBACH ( Sounds Like ) , First Name = J ( First Initial )



**You have selected a record belonging to:**
SPRIESTERSBACH,JOSHUA C
Age: 48, Weight: 180 LBS., Height: 6'1"
**Total Charges: 1**

## Record Information

## Also Known As:

CASTLEBERRY,JOSHUA
CASTLEBERRY,THOMAS
CASTLEBERRY,THOMAS C
CASTLEBERRY,WILLIAM
CASTLEBERRY,WILLIAM C

## Summary of Charges

| | Date | Final Charge | Disposition |
|---|---|---|---|
| 1. | 10/14/2011 | CRIM TRESS 1 - MISDEMEANOR | GUILTY |

## CHARGE 1 OF 1 TOTAL CHARGES

Charge: The charge was CRIMINAL TRESPASS 1 (HRS 708-0813) which is coded as being a MISDEMEANOR.

Disposition: On 10/14/2011, SUBJECT WAS FOUND GUILTY.

Sentence: On 10/14/2011, SUBJECT WAS SENTENCED TO 2 DAY(S) CONFINEMENT.

Case No: 1P111-10376 (HONOLULU DISTRICT COURT)

Arrest Report No: 11-373548

Summary of Charges | Top

* IMPORTANT: The information furnished is based upon the descriptive information you have provided. Therefore it is your responsibility to carefully verify the information returned and match it against your search criteria. Furthermore, the search is limited to conviction data and data relating to cases in which the defendant is acquitted, or charges are dismissed, by reason of physical or mental disease, disorder or

defect, under chapter 704, HRS, as maintained by the Hawaii Criminal Justice Data Center and does not include data maintained by the FBI or other states.

Because the criminal history records are constantly being updated, a new criminal history record check should be obtained for each subsequent use. Every effort is made to insure the accuracy of this information. Any disputes should be addressed separately with the Hawaii Criminal Justice Data Center.

This eCrim record has a unique validation number located on the top of the report. Records can be validated for up to sixty days from the date of purchase by visiting (free of charge) the validation service (https://ecrim.ehawaii.gov/ahewa/validate.do) and enter the validation number in the appropriate box.

