**March 24, 2016**             **Policy Number 7.01**
                                                                                                                            **Page 13**

VIII. <u>BOOKING</u>

    A.   <u>Officer in Charge of the Receiving Desk</u>

        1.   For the purpose of this directive, the officer in charge of the receiving desk shall be a ranking officer.

        2.   The officer in charge of the receiving desk in each district shall be responsible for the proper handling of arrestees.

        3.   ==The officer in charge shall review the circumstances of each arrest before any person is booked in order to determine whether there exist sufficient grounds or facts to justify the arrest.==

                a.   If it is determined that there are insufficient grounds to justify the arrest, the arrestee shall be processed, including being fingerprinted and photographed, and then released immediately. The lieutenant shall sign by the "discharged" block on the HPD Arrest Report (i.e., computerized arrest booking report for adults or juveniles or Juvenile Arrest Report, HPD-191 form) and the final charge block shall say "none." The officer in charge shall sign the HPD Arrest Report or Juvenile Arrest Report in three places:

                      (1)   Received by block;

                      (2)   Charged/discharged block; and

                      (3)   Approved by block.

                b.   If the arrest is justified, the officer in charge shall sign the HPD Arrest Report in the three places cited above and process the arrestee as required.

                c.   If the computerized arrest booking system is unavailable, the arrestee shall be processed manually.

*(Margin annotations: 3-24-2016)*



COR
C000704

**March 24, 2016**  **Policy Number 7.01**
**Page 14**

4. The officer in charge shall maintain a supply of booking documents (e.g., HPD arrest reports for adults and juveniles, digital camera for mug photographs, fingerprinting cards and ink, etc.).

5. Prior to the confinement of an arrestee in the police detention block, it shall be the responsibility of the officer in charge of the receiving desk to verify whether that person requires prescribed periodic medication while in custody. The turnkey or the officer in charge of the receiving desk shall be informed of the arrestee's medication needs, retain the medication, and provide the necessary medication as prescribed by a medical authority.

6. The officer in charge shall ensure that the appropriate form (the HPD Arrest Report form or the Juvenile Arrest Report, HPD-191 form) is submitted for each arrest.

7. The officer in charge shall ensure that all HPD Arrest Reports for persons charged with misdemeanors contain sufficient facts for perusal by the court and the prosecuting attorney.

8. ==No booking shall be made for an arrest by warrant without first establishing the identity of the detainee as the person named and accused in the warrant.== In all cases when the detainee is awaiting service of a warrant of arrest and denies being the person so named and whenever there is no verified identification after all available means of identification have been exhausted, the detainee is to be released with no charge. In the event no arrest was yet made and the detainee was awaiting service, the warrant shall not be executed. Circumstances explaining the lack of execution of the warrant are to be attached to the warrant.

3-24-2016



C000705

**March 24, 2016**                                          **Policy Number 7.01**
                                                                **Page 15**

    9.    Before a detainee is released from police custody, the officer in charge shall review all of the circumstances to determine if there are sufficient grounds or facts to justify the release.

           If sufficient grounds or facts justify the release, the officer in charge shall sign the release approved by block of the arrest report.

  B.  <u>Booking Procedure</u>

    1.    The arresting officer shall review the facts of each case with the officer in charge.

    2.    When an adult is arrested for either a felony or misdemeanor offense and transfer is warranted, the arresting officer shall complete a Custody Transfer Log, HPD-247 form. Receiving officers at each transfer point shall document the receipt of the prisoner and the prisoner's property on the HPD-247 form.

    3.    Receiving desk officers shall fingerprint and arrange for an identification photograph of all arrestees in accordance with the procedures outlined in section IX C below.

    4.    Adult and juvenile arrests shall be logged in the respective, computerized booking system.

  C.  <u>Fingerprinting and Photographing of Arrestees</u>

    1.    ==All adult arrestees for whom an HPD Arrest Report has been generated shall be fingerprinted and photographed.== For guidelines on fingerprinting and photographing of arrested juveniles, see Policy 4.33, HANDLING JUVENILES.



C000706