# eCrim Certified Record
## Data Generated: 08/06/2021
## Validation Code: XY_PmDPh0C

https://ecrim.ehawaii.gov/ahewa/validate.do

Search Criteria: Last Name = THOMAS, First Name = CASTLEBERRY, Soc Sec No = \*\*\*-\*\*-8007, Date of Birth = \*\*/\*\*/1971, Sex = Male



**You have selected a record belonging to:**
**SPRIESTERSBACH,JOSHUA C**
Age: 50, Weight: 180 LBS., Height: 6'1"
**Total Charges: 1**

## Record Information
## Also Known As:

CASTLEBERRY,JOSHUA
CASTLEBERRY,THOMAS
CASTLEBERRY,THOMAS C
CASTLEBERRY,WILLIAM
CASTLEBERRY,WILLIAM C

## Summary of Charges

| | Date | Final Charge | Disposition |
|---|---|---|---|
| 1. | 10/14/2011 | CRIM TRESS 1 - MISDEMEANOR | GUILTY |

## CHARGE 1 OF 1 TOTAL CHARGES

| | |
|---|---|
| Charge: | The charge was CRIMINAL TRESPASS 1 (HRS 708-0813) which is coded as being a MISDEMEANOR. |
| Disposition: | On 10/14/2011, SUBJECT WAS FOUND GUILTY. |
| Sentence: | On 10/14/2011, SUBJECT WAS SENTENCED TO 2 DAY(S) CONFINEMENT. |
| Case No: | 1P111-10376 (HONOLULU DISTRICT COURT) |
| Arrest Report No: | 11-373548 |

Summary of Charges | Top

\* IMPORTANT: The information furnished is based upon the descriptive information you have provided. Therefore it is your responsibility to carefully verify the information returned and match it against your search criteria. Furthermore, the search is limited to conviction data and data relating to cases in which the