# eCrim Certified Record
## Data Generated: 06/17/2022
## Validation Code: VD5qbFPggQ_47E
https://ecrim.ehawaii.gov/ahewa/validate.do

Search Criteria: Last Name = CASTLEBERRY ( Sounds Like ) , First Name = THOMAS ( First Initial ) , Sex = Male



You have selected a record belonging to:
SPRIESTERSBACH,JOSHUA C
Age: 51, Weight: 210 LBS., Height: 6'2"
**Total Charges: 1**

## Record Information
## Also Known As:

CASTLEBERRY,JOSHUA
CASTLEBERRY,THOMAS
CASTLEBERRY,THOMAS C
CASTLEBERRY,THOMAS R
CASTLEBERRY,WILLIAM
CASTLEBERRY,WILLIAM C
DOE,JOHN
SPRIESTERSBACH,JOSHUA

## Summary of Charges

|     | Date | Final Charge | Disposition |
| --- | --- | --- | --- |
| 1.  | 10/14/2011 | CRIM TRESPASS 1 - MISDEMEANOR | GUILTY |

## CHARGE 1 OF 1 TOTAL CHARGES

| | |
| --- | --- |
| Charge: | The charge was CRIMINAL TRESPASS 1 (HRS 708-0813) which is coded as being a MISDEMEANOR. |
| Disposition: | On 10/14/2011, SUBJECT WAS FOUND GUILTY. |
| Sentence: | On 10/14/2011, SUBJECT WAS SENTENCED TO 2 DAY(S) CONFINEMENT. |
| Case No: | 1P111-10376 (HONOLULU DISTRICT COURT) |
| Arrest Report No: | 11-373548 |

Summary of Charges | Top