# CITY AND COUNTY OF HONOLULU

801 SOUTH BERETANIA STREET · HONOLULU, HAWAII 96813
TELEPHONE: (808) 529-3111 · INTERNET: www.honolulupd.org



RICK BLANGIARDI
MAYOR

RADE K. VANIC
INTERIM CHIEF

OUR REFERENCE  **JAT-DNK**

February 18, 2022

Mr. Christopher D.W. Young, Administrator
Hawaii Criminal Justice Data Center
Department of the Attorney General
465 South King Street
Honolulu, Hawaii 96813

Dear Mr. Young:

The Honolulu Police Department (HPD) is requesting correction to/expungement of Hawaii Criminal Justice Data Center (HCJDC) records regarding the arrest of Mr. Joshua C. Spriestersbach on May 11, 2017, under HPD report number 17-174648.

On May 11, 2017, Mr. Spriestersbach was arrested on an outstanding bench warrant issued to Mr. Thomas R. Castleberry. The warrant was issued by Judge Michael D. Wilson on July 24, 2009, under Cr. No. 06-1-1421 for "[f]ailure to comply with the terms and conditions of probation (HOPE)." (See the attachment.) The name "Castleberry" had previously been associated with Mr. Spriestersbach as an alias. Subsequently, it was determined that the outstanding warrant had not been issued to Mr. Spriestersbach aka Castleberry but to a different individual named "Thomas R. Castleberry." The original charges underlying the warrant were Unauthorized Control of Propelled Vehicle, Promoting a Dangerous Drug in the Third Degree, and Unlawful Use of Drug Paraphernalia under HPD report numbers 06-260727, 06-260158, and 06-260157, respectively. A review of Mr. Spriestersbach's HCJDC record indicates that he was never arrested nor charged with the aforementioned offenses under the respective report numbers.

It is our understanding that information from the May 11, 2017, arrest of Mr. Spriestersbach for the Castleberry warrant (e.g., fingerprints and mugshot) remains on Mr. Spriestersbach's HCJDC record. Therefore, the HPD is requesting an expungement of the fingerprints, mugshot, and arrest information associated with the arrest of Mr. Joshua C. Spriestersbach (dob: xx-xx-1971; ssn: xxx-xx-4632) on May 11, 2017, under HPD report number 17-174648, and on the warrant issued to "Thomas R. Castleberry." The HPD is also requesting that the correction be made to the HCJDC records.

Should you have any questions or concerns, Major Joseph A. Trinidad of our Records and Identification Division may be contacted at (808) 723-3203

Sincerely,

JOSEPH A. TRINIDAD, Major
Records and Identification Division

cc: Department of the Corporation Counsel
    Ms. Lynne Goto Uyema, HPD

Attachment



*Serving and Protecting With Aloha*

EXHIBIT "A"