| STATE OF HAWAI'I CIRCUIT COURT OF THE | BENCH WARRANT 400443 | CASE NUMBER Cr. No. 06-1-1421 |
|---|---|---|

DUPLICATE ORIGINAL

STATE OF HAWAI'I vs. (DEFENDANT)
**THOMAS R. CASTLEBERRY**
AKA: SPRIESTERSBACH, JOSHUA C.)

POLICE REPORT NUMBER(S)
17174648
A. Bruhn / 103062

Electronically Filed
FIRST CIRCUIT
1CSP-21-0000207
02-AUG-2021
09:32 PM
Dkt. 11 EXH

IDENTIFYING INFORMATION FOR DEFENDANT:
OBTS# A-1077743
SS# XXX-XX-8007
DOB: xx/xx/1971
Address: 1755 Lusitana St. Hon, HI 96813  Phone: Unavailable
Sex: Male
Other Identifying Information: Unknown

TO: THE CHIEF OF POLICE OR ANY OFFICER AUTHORIZED BY LAW TO EXECUTE WARRANTS OF ARREST IN THE STATE OF HAWAI'I
YOU ARE COMMANDED to arrest and bring the above named defendant before this court at the time and place indicated below, on the first court business day after the date of arrest to answer the indicated charges.

**JUDGE:** Michael D. Wilson

**PLACE:**
KAAHUMANU HALE
777 PUNCHBOWL STREET
HONOLULU, HAWAI'I 96813
COURTROOM 5, 3RD FLOOR

**TIME:** 8:30 am

**CHARGES:** Failure to comply with the terms and conditions of probation (HOPE)

[HOPE PROBATION stamp]

ORIGINAL CHARGE(S):
1: UNAUTHORIZED CONTROL OF PROPELLED VEHICLE (06-260727)
2: PROMOTING A DANGEROUS DRUG IN THE THIRD DEGREE (06-260156)
3: UNLAWFUL USE OF DRUG PARAPHERNALIA (06-260157)

**BAIL AMOUNT:** $11,000.00 Aggregate

NOTE: THIS WARRANT SHALL NOT BE EXECUTED BETWEEN THE HOURS OF 10:00 P.M. TO 7:00 A.M. ON PREMISES NOT OPEN TO THE PUBLIC, UNLESS AUTHORIZED IN WRITING BY A JUDGE OF THIS COURT.

**DATE ISSUED:** JULY 24, 2009
**JUDGE:** Michael D. Wilson
**SIGNATURE:** [signature]

OFFICER'S NOTES AND RETURN OF SERVICE

**ARREST DATE:** 5-11-17
**TIME:** 1715
**PLACE:** Punchbowl St. / Maunakea St.
**DATE SIGNED:** 5-11-17
**OFFICER (Typed Name):** A. Bruhn
**OFFICER'S SIGNATURE:** [signature]

In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the First Circuit Court Administration Office at PHONE NO. 539-4333, FAX 539-4322, or TTY 539-4853, at least ten (10) working days prior to your hearing or appointment date

FIRST CIRCUIT COURT
STATE OF HAWAI'I
ISSUED
March 7, 2016
4:00 O'clock P.M.
[signature]
Clerk, 6th Division

EXHIBIT
Bruhn 3 - 6/17/22 TLA

[ ] ORIG. - FILE (AFTER SERVICE)  [ ] DIVISION  [ ] COURT HOLD COPY
[ ] DEF. L. MALOIAN  [ ] PROS.  [ ] Other
NFORM001-G:\COMMON\WP61\1CCFORMS\CRIMINAL\BW.WPD   08/27/02

Spriestersbach_CourtDocs_002005

Exhibit "A"