# Major Manuel Hernandez

January 11, 2024

JOSHUA SPRIESTERSBACH

v.

STATE OF HAWAII, et al.

Case No. 1:21-cv-00456-LEK-RT



513-233-3000

depo@elitereportingagency.com

www.elitereportingagency.com

```
 1                  UNITED STATES DISTRICT COURT

 2                      DISTRICT OF HAWAII

 3

 4

 5   _____
                                  )
 6   JOSHUA SPRIESTERSBACH,       )
                                  )
 7            Plaintiff,          )
                                  )  CASE NO.
 8                vs.             )  1:21-cv-00456-LEK-RT
                                  )
 9   STATE OF HAWAII, et al.,     )
                                  )
10            Defendants.         )
     _____)
11

12

13

14

15       Deposition of:  MAJOR MANUEL HERNANDEZ
                            (via videoconference)
16       Pursuant to:    Notice

17       Date and Time:  Thursday, January 11, 2024
                         3:13 p.m.
18       Place:          530 South King Street
                         Honolulu, Hawaii  96813
19       Reporter:       Wendy Scott
                            (via videoconference)
20                       Notary Public - State
                                     of Ohio
21

22

23

24

25
```

```
 1   the person, of course, and run them through a
 2   program called CJIS, Criminal Justice Information
 3   System, if they've had a previous arrest.
 4       Q.   Well, walk me through, physically, what
 5   happens with the arrestee from the time the
 6   patrol officer hits the door of the headquarters
 7   to the time they're in the lockup in central
 8   receiving.
 9       A.   When the individual -- arrested
10   individual is brought to a receiving desk, the
11   arresting officer will apprise the officer in
12   charge of the receiving desk, which for the
13   central station is a lieutenant, of the facts and
14   circumstances of the case, who the person is, of
15   course, that was arrested.
16            If the arrest is accepted by the
17   lieutenant, the individual is processed at the
18   receiving desk, which is to include prisoner
19   search, property inventory, fingerprinting,
20   booking photograph, offer of a phone call if the
21   individual would like to make it, and then placed
22   in a holding cell to await their next immediate
23   court appearance, or pending release from bail,
24   et cetera.
25       Q.   If the arrested -- if the basis for the
```

1  BY MR. GERHARDSTEIN:

2       Q.   You can answer.

3       A.   Yeah, I think it's hypothetical, sir.
4  I don't really understand the question as in
5  front of them.

6       Q.   Oh, I mean you've got -- you said that
7  the person who's the officer in charge of the
8  receiving desk is trying to figure out whether
9  the arrest is appropriate and whether they should
10 accept the arrest, right?

11      A.   Yes, sir.

12      Q.   And one of the things to determine is
13 if the person wanted on the warrant -- if he's
14 the right person that was wanted on the warrant,
15 if he matches the person wanted on the warrant,
16 right?

17      A.   Sir, correct.

18      Q.   And one way to see if the person that's
19 been arrested is the same person that's wanted on
20 the warrant is to compare the fingerprints of
21 those two people, right?

22      A.   Yes, sir, the fingerprints compare.

23      Q.   Yeah.  And my only question is, if you
24 wanted that fingerprint comparison to be done, is
25 that something that you can accomplish like