# Detective Alexander Waseleski

January 11, 2024

JOSHUA SPRIESTERSBACH

v.

STATE OF HAWAII, et al.

Case No. 1:21-cv-00456-LEK-RT



513-233-3000

depo@elitereportingagency.com

www.elitereportingagency.com

```
 1                    UNITED STATES DISTRICT COURT

 2                         DISTRICT OF HAWAII

 3

 4

 5     _____
                                   )
 6     JOSHUA SPRIESTERSBACH,      )
                                   )
 7              Plaintiff,         )
                                   ) CASE NO.
 8                    vs.          ) 1:21-cv-00456-LEK-RT
                                   )
 9     STATE OF HAWAII, et al.,    )
                                   )
10              Defendants.        )
       _____)
11

12

13

14

15      Deposition of:  DETECTIVE ALEXANDER WASELESKI
                           (via videoconference)
16      Pursuant to:    Notice

17      Date and Time:  Thursday, January 11, 2024
                        4:39 p.m.
18      Place:          425 Queen Street
                        Honolulu, Hawaii  96813
19      Reporter:       Wendy Scott
                           (via videoconference)
20                      Notary Public - State
                                         of Ohio
21

22

23

24

25
```

```
 1    to the individual that is named on the profile;
 2    is that fair?
 3         A.   Yes.
 4         Q.   And when you say images, if you have
 5    other pictures of the person, that's where you
 6    put them?
 7         A.   Yes.  The most recent -- an image can
 8    be sent as a profile picture for this person.
 9    And I think, by default, it's the most recent
10    image of the person, but you can have it to be
11    whatever image.
12         Q.   So there are other pages, presumably,
13    that would have information about Thomas
14    Castleberry that we could pull up if we had a
15    live digital notebook in front of us; is that
16    fair?
17              MS. HURA:  Objection.  Lack of
18         foundation, assumes facts not in evidence.
19         Object to the form of the question.
20              MR. LEE:  We join.
21              MR. LEWALLEN:  We join.
22    BY MR. GERHARDSTEIN:
23         Q.   You can answer.
24              MR. LEWALLEN:  You can answer the
25         question if you understand.
```

```
 1      A.   No, because this profile doesn't exist
 2   in the live system anymore.
 3   BY MR. GERHARDSTEIN:
 4      Q.   Okay.  When was this profile removed
 5   from the live system?
 6      A.   I don't know exactly, but it was after
 7   these proceedings started, like part of the --
 8   someone deleted the profile upon request,
 9   essentially.
10      Q.   Who deleted the profile?
11      A.   I don't know.
12      Q.   Okay.  Who made the request that the
13   profile be deleted?
14      A.   I don't know for sure.
15           MR. LEWALLEN:  I'm going to enter an
16        objection.
17           Counsel and I work together with Mr.
18        Kon (phonetic) to disassociate the plaintiff
19        from being connected with Mr. Thomas
20        Castleberry.  This was something worked on
21        by counsel.  And as pursuant to those
22        requests, we worked with the department to
23        accomplish that.
24           So if we want to talk about that,
25        that's something for counsel to talk about.
```