# IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
# STATE OF HAWAI'I

| | |
|---|---|
| **JOSHUA SPRIESTERSBACH,**<br><br>     **Plaintiffs,**<br><br>-vs-<br><br>**STATE OF HAWAI'I, OFFICE OF THE PUBLIC DEFENDER, NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA, LESLEY MALOIAN, JASON BAKER, SETH PATEK, DR. JOHN COMPTON, DR. MELISSA VARGO, DR. SHARON TISZA, HAWAI'I STATE HOSPITAL, DEPARTMENT OF PUBLIC SAFETY, CITY AND COUNTY OF HONOLULU, and JOHN/JANE DOES 1-10,**<br><br>     **Defendants.** | Case No. 1:21-cv-00456-LEK-RT<br><br>Judge: Leslie E. Kobayashi<br><br>PLAINTIFF'S REQUESTS FOR ADMISSION TO DEFENDANT CITY AND COUNTY OF HONOLULU |

Pursuant to Fed R. Civ. Proc. 36, Defendant City and County of Honolulu is directed to fully answer each request as directed in said Rule within 30 days of service of these Requests or each request shall be deemed admitted. Documents referenced in the requests for admissions are attached and referred to by bates number.

### REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION 1:** Admit that Mr. Joshua C. Spriestersbach was arrested by officers employed by the Honolulu Police Department (HPD) on May 11, 2017 under HPD report number 17-174648 (C000220 attached).

**EXHIBIT 30**

**REQUEST FOR ADMISSION 2:** Admit that the basis for the arrest of Mr. Spriestersbach on 5/11/17 was a bench warrant issued by Judge M. Wilson for Thomas R. Castleberry (warrant #400443, Depo Ex 2, p. 2, C000214 attached)("the 2009 bench warrant").

**REQUEST FOR ADMISSION 3:** Admit in making the arrest on 5/11/17 HPD officer Abraham Bruhn relied in part on warrant pages in a digital notebook created and maintained by the City of Honolulu and those warrant pages indicated that there was an open warrant for Thomas R. Castleberry.

**REQUEST FOR ADMISSION 4:** Admit that in May 2017 it was a custom and practice of the HPD for officers to rely in part on the digital notebook when deciding whether to arrest people on bench warrants. Officers were also trained by the City to rely in part on the information and photos in the digital notebook.

**REQUEST FOR ADMISSION 5**: Admit Bruhn Depo Exhibit #1 (attached) is a copy of the page from the digital notebook that officer Bruhn reviewed before making the arrest of Joshua Spriestersbach on 5/11/17.

**REQUEST FOR ADMISSION 6:** Admit that Bruhn Depo Exhibit #1 (attached) lists the name and personal information belonging to Thomas R. Castleberry but lists the photo of Joshua Spriestersbach and not the photo of Thomas R. Castleberry.

**REQUEST FOR ADMISSION 7:** Admit that Officer Bruhn relied in part on a copy of Depo Ex #1(attached) in deciding to take Joshua Spriestersbach into physical custody on the 2009 bench warrant for Thomas R. Castleberry on 5/11/17.

**REQUEST FOR ADMISSION 8:** Admit that on May 11, 2017, Officer Bruhn presented Mr. Spriestersbach to the officer in charge of the receiving desk.

**REQUEST FOR ADMISSION 9:** Admit that on May 11, 2017**, t**he officer in charge of receiving desk was responsible for ensuring the person taken into custody on the 2009 bench warrant for Thomas R Castleberry was in fact the person wanted on that bench warrant.

2

**REQUEST FOR ADMISSION 10:** Admit that on May 11, 2017, the officer in charge of the receiving desk had authority to detain suspects without further internal HPD review until their transfer from HPD custody or release by a court.

**REQUEST FOR ADMISSION 11:** Admit that in May 2017, decisions of the officer in charge of the receiving desk regarding the identity of a person arrested were not subject to further internal review within the HPD and the person was then detained until the person was transferred from HPD police custody or released by court order.

**REQUEST FOR ADMISSION 12:** Admit that on May 11, 2017, when Joshua Spriestersbach's arrest was reviewed by the officer in charge of the receiving desk, the person serving as officer in charge of the receiving desk was Lt. D. Kon/447450.

**REQUEST FOR ADMISSION 13:** Admit that on May 11, 2017, when Joshua Spriestersbach's arrest was reviewed by the officer in charge of the receiving desk, the person serving as officer in charge of the receiving desk was Lt. D. Chang.

**REQUEST FOR ADMISSION 14:** Admit that on May 11, 2017, Joshua Spriestersbach's mugshot and fingerprints were both taken while he was in HPD custody.

**REQUEST FOR ADMISSION 15:** Admit that on May 11, 2017, the mugshot revealed that the person in custody was Joshua Spriestersbach and not Thomas R. Castleberry, the person wanted on the 2009 bench warrant.

**REQUEST FOR ADMISSION 16:** Admit that on May 11, 2017, the fingerprint analysis revealed that the person in custody was Joshua Spriestersbach and not Thomas R. Castleberry, the person wanted on the 2009 bench warrant.

**REQUEST FOR ADMISSION 17:** Admit that since May 11, 2017, the record of the mugshot and the record of the fingerprints relating to Joshua Spriestersbach's booking on May 11, 2017, have been destroyed.

**REQUEST FOR ADMISSION 18:** Admit that in 2017 HPD had an internal Case Reporting System ("CRS") that is a self-contained electronic informational database that accesses data from HPD criminal investigative reports. (Doc. 50-2, Page ID #371 attached).

**REQUEST FOR ADMISSION 19:** Admit that once HPD's criminal investigation is concluded, HPD does not have a policy allowing alterations to closed police reports. (Doc. 50-2, Page ID #372 attached)

**REQUEST FOR ADMISSION 20:** Admit that Joshua Spriestersbach's date of birth is ▇▇ 71 and his Hawaii state ID# is A6017796.

**REQUEST FOR ADMISSION 21:** Admit that Joshua Spriestersbach's Social Security Number is ▇▇▇▇ 4632.

**REQUEST FOR ADMISSION 22:** Admit that Thomas R. Castleberry's date of birth is ▇▇/71; his Hawaii state ID # is A1077743; and his Social Security Number is ▇▇▇-8007.

**REQUEST FOR ADMISSION 23:** Admit that the CRS includes an arrest report, #10-264830 (C000190 attached), that lists the defendant state ID no. in box 1 as A6017796 belonging to Joshua Spriestersbach but lists the Defendant's name (box 4) as Castleberry, Thomas R along with the birth date of ▇▇/71 belonging to Thomas Castleberry (box 8). There is also a Social Security number listed (box 14) belonging to Thomas R. Castleberry. Box 39 on the report states how arrested "BENCH WARRANT."

**REQUEST FOR ADMISSION 24:** Admit that the CRS includes an arrest report, #11-373552 (C000572-574 attached), that lists the state ID no. as A6017796 belonging to Joshua Spriestersbach but lists the "persons involved" as Castleberry, William C and under "Names" lists both Castleberry, Thomas and Castleberry, William C. The report states the arrest reason was for "BENCH WARRANT."

**REQUEST FOR ADMISSION 25:** Admit that the CRS includes an arrest report, #11-373548 (C000436-000438 attached), that lists two state ID nos.: (1) A6017796 belonging to Joshua Spriestersbach and (2) A1077743 belonging to Thomas Castleberry but lists the "persons involved" as Castleberry, William C. and under "Names" it lists both Castleberry, Thomas and Castleberry, William C.

**REQUEST FOR ADMISSION 26:** Admit that the CRS includes an arrest report, #12-075948 (PSD 0264 attached), that lists the defendant state ID no. (box 1) as A1077743 belonging to

Thomas R. Castleberry but lists the Defendant name (box 4) as Castleberry, William C. with a date of birth (box 8) belonging to Joshua Spriestersbach.

**REQUEST FOR ADMISSION 27:** Admit that the CRS includes an arrest report, #17-174648 (C000220 attached) that lists the defendant state ID no. as A6017796 and Social Security No. belonging to Joshua Spriestersbach and lists Castleberry, Thomas as an alias name with Thomas Castleberry's Social Security No. as an alias social security number.

DATED:  October 23, 2023                    Respectfully submitted,

                                            By: /s/ Alphonse A. Gerhardstein
                                                Jennifer L. Brown
                                                Alphonse A. Gerhardstein
                                                Jacqueline Greene
                                                Paul Hoffman
                                                John Washington

                                             Attorneys for Plaintiff
                                             JOSHUA SPRIESTERSBACH

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by email on October 23, 2023  to counsel for Defendants. I further certify that a copy of the foregoing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

                                                        s/ Alphonse A. Gerhardstein
                                                        Attorney for Plaintiff

# HONOLULU POLICE DEPARTMENT
## ARREST REPORT

ADULT
VERIFIED BY PRINTS

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | SEX | DOB | AGE | STATE ID NO. | OTN | REPORT NO. |
|---|---|---|---|---|---|---|
| SPRIESTERSBACH, JOSHUA, C | M | -1971 | 46 | A6017796 | 9729C36 | 17-174648 |

| SSN | HT | WT | EYE COLOR | HAIR COLOR | EMPLOYER/SCHOOL | OCCUPATION | RACE |
|---|---|---|---|---|---|---|---|
| -4632 | 6'1" | 180 | Blue | Blond | UNEMPLOYED | UNEMPLOYED | White |

| HOME ADDRESS | CELL/HOME PHONE NUMBER | WORK PHONE NUMBER | BIRTHPLACE | US CIT. |
|---|---|---|---|---|
| No Local | | | CALIFORNIA | |

| ALIAS NAME | AKA | ALIAS DOB | ALIAS SSN |
|---|---|---|---|
| CASTLEBERRY, THOMAS | | | -8007 |

| PLACE OF OFFENSE | OFFENSE DATE / TIME / DAY | DISTRICT | BEAT |
|---|---|---|---|
| 777 Punchbowl St, Honolulu 96813 | 07-24-09 / 0830 / Friday | 1 | 167 |

| PLACE OF ARREST / BOOKING | ARREST DATE / TIME / DAY | DISTRICT | BEAT |
|---|---|---|---|
| N Pauahi St / Maunakea St, Downtown 96817 | 05-11-17 / 1715 / Thursday | 1 | 151 |

| REPORT NO/CHARGE | ARRESTED FOR | FINAL CHARGE HRS 706-0625 | MOD | CLASS | BAIL | RELEASE TYPE | RELEASE BY |
|---|---|---|---|---|---|---|---|
| 17-174648-001 | REVO/MOD PROB | REVO/MOD PROB | | AD | $11,000 | CCT | LT. G. NAKAMA 615770 |

| WARRANT NO. | WARRANT JUDGE | WARRANT COURT | CASE IN CHIEF NUMBER |
|---|---|---|---|
| 400443 | JUDGE M. WILSON | HONOLULU CIRC - Punchbowl | 06-260727 |

| BAIL RECEIPT | APPEARANCE COURT / ROOM | APPEARANCE DATE/TIME | CHARGED / DISCHARGED BY | (DIS)CHARGED DATE/TIME |
|---|---|---|---|---|
| | HONOLULU CIRC - Punchbowl / 5 | 05-12-17 / 0830 | JUDGE M. WILSON | 05-11-17 / 1745 |

| HOW ARRESTED | TRO CHECK | NCIC CHECK (DATE / TIME) | WARRANT | PRIOR FELONY CONVICTION |
|---|---|---|---|---|
| On-View Arrest | No Active TRO | 05-11-17 / 1755 | Checked | Not Applicable |

| SEX OFFENDER | PHONE CALL | MEAL | WEED AND SEED |
|---|---|---|---|
| No | No | Yes | No |

| ARRESTING OFFICER / ID | TRANSPORTING OFFICER / ID | CUSTODIAL SEARCH / ID |
|---|---|---|
| Ofc. A. BRUHN / 103062 | Ofc. A. BRUHN / 103062 | Ofc. S. IWAMASA / 103377 |

| APPARENT INJURIES | TREATMENT | MEDICAL ALERT | MEDICATIONS |
|---|---|---|---|
| NONE | N/A | NONE | NONE |

| DISPOSITION VEHICLE / KEYS | BAC TYPE | BAC LEVEL | VEHICLE # | PROPERTY RECEIPT |
|---|---|---|---|---|
| | | | HPD-1313 | C-519884 |

| RECEIVED BY | RECEIVED DATE/TIME | RELEASE APPROVED BY | RELEASED DATE/TIME |
|---|---|---|---|
| Lt. D. KON / 447450 | 05-11-17 / 1745 | Lt. G. NAKAMA / 615770 | 05-12-17 / 0630 |

**SYNOPSIS**
LT. D. CHANG APPROVES THE FOLLOWING CHANGES: DETAINEE HAS BEEN SET UP FOR COURT.

| Submitted By: CUBA, TIERRA-LYN L. | | | Approved By: CUBA, TIERRA-LYN L. | | |
|---|---|---|---|---|---|
| ID Number: Z00115 | Rank: | Date / Time: 08-25-17 / 0912 | ID Number: Z00115 | Rank: | Date / Time: 08-25-17 / 0913 |

HPD-525    This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Honolulu Police Department Policy. C000220

| STATE OF HAWAI'I CIRCUIT COURT OF THE | BENCH WARRANT 400443 | CASE NUMBER Cr. No. 06-1-1421 |
|---|---|---|

**STATE OF HAWAI'I vs. (DEFENDANT)**
**THOMAS R. CASTLEBERRY**

POLICE REPORT NUMBER(S):
17174648
A. Bruhn / 103062
5-11-17 / 1715
D-1

**IDENTIFYING INFORMATION FOR DEFENDANT:**
Address: 1755 Lusitana St. Hon, HI 96813  Phone: Unavailable
OBTS# A-1077743   SS# XXX-XX-8007   Sex: Male
DOB: xx/xx/1971   Other Identifying Information: Unknown

**TO: THE CHIEF OF POLICE OR ANY OFFICER AUTHORIZED BY LAW TO EXECUTE WARRANTS OF ARREST IN THE STATE OF HAWAI'I**

YOU ARE COMMANDED to arrest and bring the above named defendant before this court at the time and place indicated below, on the first court business day after the date of arrest to answer the indicated charges.

**JUDGE:** Michael D. Wilson

**CHARGES:** Failure to comply with the terms and conditions of probation (HOPE)

**ORIGINAL CHARGE(S):**
1: UNAUTHORIZED CONTROL OF PROPELLED VEHICLE (06-260727)
2: PROMOTING A DANGEROUS DRUG IN THE THIRD DEGREE (06-260156)
3: UNLAWFUL USE OF DRUG PARAPHERNALIA (06-260157)

**PLACE:**
KAAHUMANU HALE
777 PUNCHBOWL STREET
HONOLULU, HAWAI'I 96813
COURTROOM 5, 3RD FLOOR

**TIME:** 8:30 am

**BAIL AMOUNT:** $11,000.00 Aggregate

NOTE: THIS WARRANT SHALL NOT BE EXECUTED BETWEEN THE HOURS OF 10:00 P.M. TO 7:00 A.M. ON PREMISES NOT OPEN TO THE PUBLIC, UNLESS AUTHORIZED IN WRITING BY A JUDGE OF THIS COURT.

**DATE ISSUED:** JULY 24, 2009
**JUDGE:** Michael D. Wilson
**SIGNATURE:** [signature]

**OFFICER'S NOTES AND RETURN OF SERVICE**

**ARREST DATE:** 5-11-17
**TIME:** 1715
**PLACE:** Punchi St. / Mauunkea St.
**DATE SIGNED:** 5-11-17
**OFFICER (Typed Name):** A. Bruhn
**OFFICER'S SIGNATURE:** [signature]

In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the First Circuit Court Administration Office at PHONE NO. 539-4333, FAX 539-4322, or TTY 539-4853, at least ten (10) working days prior to your hearing or appointment date

**FIRST CIRCUIT COURT STATE OF HAWAI'I**
ISSUED March 7, 2014
4:00 O'clock P.M.
[signature]
Clerk, 6th Division
C000214

[ ] ORIG. - FILE (AFTER SERVICE)  [ ] DIVISION  [ ] COURT HOLD COPY
[ ] DEF. L. MALOIAN  [ ] PROS.  [ ] Other

LANFORM001-G:\COMMON\WP61\1CCFORMS\CRIMINAL\BW.WPD   08/27/02   RFA 2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| Edit Person | Add Comment | Images | Add Associate | Add Vehicle | Print | Index |

| Last Name: Castleberry | Middle Name: Ralph | First Name: Thomas |
|---|---|---|
| Sex: M | SS: ███-██-8007 | DOB: 1971-███ |

Alias:
Address: No Local Honolulu
Phone:
Cell Phone:
Districts: D1

Height: 6ft 0in - 6ft 4in
Weight: 220 lbs - 240 lbs
Hair: Light Brown
Eyes: Green
Tattoos/Scars:

Alpha: A1077743
Warrant/Arrest on Sight: N
Crimes:
MOs:
Hangouts:
Active: N

Above Information added by jwright1 on 2017-05-22 at 13:43:45 || Original Id by:

**EXHIBIT**

Bruhn 1 - 6/17/22 TLA

RFA 5,6,7

Case 1:21-cv-00456-LEK-RT   Document 50-2   Filed 02/18/22   Page 1 of 4   PageID #: 370
Case 1:21-cv-00456-LEK-RT   Document 510-28   Filed 07/17/24   Page 9 of 20
PageID.11403

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JOSHUA SPRIESTERSBACH,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAIʻI, CITY AND COUNTY OF HONOLULU, OFFICER ABRAHAM K. BRUHN, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE PUBLIC DEFENDER, NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA, LESLIE MALOIAN, JACQUELINE ESSER, JASON BAKER, MERLINDA GARMA, SETH PATEK, DR. JOHN COMPTON, DR. MELISSA VARGO, DR. SHARON TISZA, HAWAIʻI STATE HOSPITAL, DR. ALLISON GARRETT, and JOHN/JANE DOES 1-20,<br><br>Defendants. | CIVIL NO. CV21-00456 LEK/RT<br><br>DECLARATION OF ALEXANDER WASELESKI, IV |

DECLARATION OF ALEXANDER WASELESKI, IV

I, ALEXANDER WASELESKI, IV, do hereby declare as follows:

1. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

2. I am a Detective for the Honolulu Police Department (hereinafter "HPD"), City and County of Honolulu, State of Hawaii, and have been employed

Case 1:21-cv-00456-LEK-RT   Document 50-2   Filed 02/18/22   Page 2 of 4   PageID #: 371
Case 1:21-cv-00456-LEK-RT   Document 510-28   Filed 07/17/24   Page 10 of 20
PageID.11404

by HPD for approximately thirteen years.

3. I am currently assigned to HPD's Information Technology Division as a Detective in a support capacity.

4. HPD does not control or maintain the State of Hawaii's Criminal Justice Data Center's database.

5. HPD does not control or maintain the State of Hawaii's Adult Criminal Information public service portal to the State of Hawaii's Criminal Justice Data Center also known as eCrim.

6. HPD does not control or maintain the State of Hawaii's Judiciary case management or informational databases.

7. HPD has an internal Case Reporting System ("CRS") that is a self-contained electronic informational database that accesses criminal data from HPD criminal investigative reports. I have personal knowledge of and familiarity with CRS.

8. CRS can be accessed by HPD personnel including patrol officers and dispatchers.

9. CRS does not interface with the State of Hawaii's Criminal Justice Data Center's database, the State of Hawaii's Adult Criminal Information database, nor the State of Hawaii's Judiciary's case management or informational database.

Case 1:21-cv-00456-LEK-RT Document 50-2 Filed 02/18/22 Page 3 of 4 PageID #: 372
Case 1:21-cv-00456-LEK-RT Document 510-28 Filed 07/17/24 Page 11 of 20
PageID.11405

10. HPD has criminal reports that identifies the following aliases for Joshua Spriestersbach: William Castleberry and Thomas R. Castleberry.

11. Because CRS pulls information directly from HPD reports, CRS cannot disassociate Joshua Spriestersbach's name from the aliases identified in existing police reports.

12. Also, once HPD's criminal investigation is concluded, HPD does not have a policy allowing alterations to closed police reports.

13. Thus, CRS cannot directly disassociate the alias of "Thomas R. Castleberry" from an entry for Joshua Spriestersbach.

14. However, CRS does allow the insertion of an "active advisory" that provides cautionary directives CRS users.

15. I personally entered an active advisory for Joshua Spriestersbach the text of which reads, "Do not arrest Joshua Spriestersbach for offenses/warrants issued to Thomas R. Castleberry."

16. Similarly, I personally entered an active advisory for Thomas R. Castleberry the text of which reads, "Do not arrest Thomas R. Castleberry for offenses/warrants issued to Joshua Spriestersbach."

17. These active advisories are visible on the initial screen that HPD personnel would view upon the entry of those names.

Case 1:21-cv-00456-LEK-RT   Document 50-2   Filed 02/18/22   Page 4 of 4   PageID #: 373
Case 1:21-cv-00456-LEK-RT   Document 510-28   Filed 07/17/24   Page 12 of 20
PageID.11406

18. In light of the limitations of CRS, HPD believes that this is a reasonable and appropriate method to prevent Joshua Spriestersbach from being arrested as Thomas R. Castleberry.

19. The above representations are made subject to Rule 407 of the Federal Rules of Evidence.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAI'I THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawai'i, February 17, 2022.

ALEXANDER WASELESKI, IV

# HONOLULU POLICE DEPARTMENT
## ARREST REPORT

PAGE ___ OF ___     ADULT

| IRN | 1. STATE ID NO. | 2. OTN | 3. REPORT NO. |
|---|---|---|---|
| 10264830 | A6017796 | 3236A63 | 10-264830 |

| 4. DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | 5. SEX | 6. RACE | 7. AGE | 8. DOB | 9. HT | 10. WT | 11. EYES | 12. HAIR |
|---|---|---|---|---|---|---|---|---|
| CASTLEBERRY, THOMAS, R | M | WHITE/CAUCASIAN | 38 | -71 | 6'3" | 210 | HAZ | BRN |

| 13. AKA | 14. SSN | 15. OCCUPATION | 16. EMPLOYER/SCHOOL |
|---|---|---|---|
| CASTLEBERRY, WILLIAM R | -8000 | UNEMPLOYED | |

| 17. ADDRESS | 18. RESIDENCE PHONE | 19. BUSINESS PHONE | 20. BIRTHPLACE | 21. US CITIZEN |
|---|---|---|---|---|
| NO LOCAL HONOLULU, HI | | | AK US | Y |

| 22. PLACE OF OFFENSE | 23. OFFENSE DATE/TIME/DAY | 24. DISTRICT | 25. BEAT |
|---|---|---|---|
| 777 PUNCHBOWL ST DOWNTOWN, HONOLULU 96813 | 07-24-09/10:08/Friday | 1 | 167 |

| 26. PLACE OF ARREST/BOOKING | 27. ARREST DATE/TIME/DAY | 28. DISTRICT | 29. BEAT |
|---|---|---|---|
| 280 N KING ST KAPALAMA, HONOLULU HI 96817 | 07-26-10/17:40/Monday | 1 | 150 |

| 30. CHG NO | 31. ARRESTED FOR | 32. FINAL CHARGE | 33. MOD | 34. CLASS | 35. REPORT NO. | 36. BAIL SET | 37. RELEASE TYPE | 38. RELEASE BY |
|---|---|---|---|---|---|---|---|---|
| 1 | HRS 706-0625 REVO/MOD PROB | NONE | | NS | 10-264830 | $11,000 | RNC | LT. R. STRUSS 803040 |

| 39. HOW ARRESTED | 40. CASE IN CHIEF REPORT NO. | 41. WARRANT CHECKED | 42. WARRANT NO. |
|---|---|---|---|
| BENCH WARRANT | | Y | |

| 43. ARRESTING OFFICER/ID | 44. ASSISTING OFFICER/ID | 45. TRANSPORTING OFFICER/ID |
|---|---|---|
| AHN, ALAN/101873 | | AHN, ALAN/101873 |

| 46. APPARENT INJURIES | 47. TREATED | 48. REFUSED | 49. MEDICAL ALERT | 50. MEDICATIONS |
|---|---|---|---|---|
| NONE | | | NONE | NONE |

| 51. BAC TYPE | 52. BAC LEVEL | 54. DISPOSITION VEHICLE - KEYS | 55. CUSTODIAL SEARCH BY | 56. PRISONER PROPERTY RECEIPT |
|---|---|---|---|---|
| | | | LABARRE, MAULI'A/102636 | NO. C367408 |

| 57. RECEIVED BY | 58. RECEIVED DATE/TIME | 59. CHARGED/DISCHARGED BY |
|---|---|---|
| LT. R. STRUSS 803040 | 07-26-10/17:45 | 803040 |

| 60. RELEASED APPROVED BY | 61. RELEASED DATE/TIME | 62. CHARGED/DISCHARGED DATE/TIME |
|---|---|---|
| STRUSS, RAY | 07-26-10/18:35 | 07-26-10/17:45 |

| 63. BAIL RECEIPT NO. | 64. COURT - ROOM | 65. APPEARANCE DATE/TIME |
|---|---|---|

**66. SYNOPSIS**

B/W 1110

AFFIS/FINGERPRINTS REAL IDENTITY IS SPRIESTERBETH, JOSHUA A6017796

| 67. REPORT WRITTEN BY | 68. APPROVED BY | 69. APPROVED DATE/TIME |
|---|---|---|
| NGUYEN, JOHN/102519 | LT. R. STRUSS 803040 | 07-26-10/17:45 |

Print Date: 07/26/2010

ORIGINAL (IN RED)   Page 1

C000190

RFA 23

Printed by: dkaneshiro24
Printed date/time: 3/14/22 14:25
Page 1 of 3

# Arrest Report

**HPD**
**801 SOUTH BERETANIA STREET, BLDG: ALAPAI**
**HONOLULU, HAWAII 96813**
**(808) 723-3258**

**Arrest Number:** 11373552

**Arrest Transaction #:**   A011129831

## Persons Involved

**Person #** 0001    **MNI:** 4033740
**Event Association:**   ARRESTEE                               **Arrest Date/Time:**   10/14/11 0:20
**Name:**   CASTLEBERRY, WILLIAM C                                                     **Juvenile:** No
**Arrest reason:**   BENCH WARRANT    **Arresting officer:** ARAKAKI, KEVIN    **Transporting officer:** ARAKAKI, KEVIN
**Arrest location:**   49 FUNCHAL ST DOWNTOWN, HONOLULU HI 96813

**NCIC#:**                                                       **NCIC Notified Date:**
**ID clerk:** TAMASHIRO, JUDY                                    **NCIC Cancelled Date:**
**Sex:** MALE              **DOB:** ▓▓▓/1971          **Age:** 40                **Race:** NOT DETERMINED
**Hair Color:** BLONDE     **Eye Color:** BLUE        **Height:** 6' 1" - 6' 1"  **Weight:** 175 - 175 lbs
**Marital Status:**
**Address:**   NO OCAL, HONOLULU COUNTY HAWAII 96797
**Phone Type 1:**          **Phone# 1:**              **Ext 1:**
**Phone Type 2:**          **Phone# 2:**              **Ext 2:**
**Occupation:** UNEMPLOYED   **Emp./School:**
**City of Birth:**           **State of Birth:**

              **Thumb:**   **Index:**   **Middle:**   **Ring:**   **Little:**
**Right Fingerprint:**
**Left Fingerprint:**

### Offenses

**Statute Code:** HRS 706-0625           **Enhancers:**
**Statute Desc:** REVO/MOD PROB
**Counts:** 1    **Statute Severity:** NS
**Common Code:**                         **License Points:**
**Bond Type:** 11-373552                 **Bond Amount:** $0.00       **Fine Amount:** $11,000.00
**Bond Comment:**

### Death/Injury

**Death:** N    **Nature/Cause 1:**               **Nature/Cause 4:**
**Injury:** N   **Nature/Cause 2:**               **Nature/Cause 5:**
                **Nature/Cause 3:**
**Hospital/Mortuary:**
**Medical Attendant Type:**                       **Medical Attendant Name:**
**Injuries:** NONE
**Medical Conditions:** NONE
**Medications:** NONE
**Medical Clearance Required:**  N               **Medical Clearance By:**

### Names
CASTLEBERRY, WILLIAM C
CASTLEBERRY, THOMAS

# Arrest Report

**HPD**
**801 SOUTH BERETANIA STREET, BLDG: ALAPAI**
**HONOLULU, HAWAII 96813**
**(808) 723-3258**

**Arrest Number: 11373552**

**Arrest Transaction #:** A011129831

## Persons Involved

### Addresses

**Association:** HOME ADDRESS
| | | | |
|---|---|---|---|
| **Active From Date:** | **Active To Date:** | **Premise Type:** RESIDENCE | |
| **Address:** NO OCAL | | **Building:** | **Apartment/Suite:** |
| **City:** | **County:** HONOLULU | **State:** HAWAII | **Postal Code:** 96797 |

**Association:** LOCATION OF ARREST
| | | | |
|---|---|---|---|
| **Active From Date:** | **Active To Date:** | **Premise Type:** SCHOOL | |
| **Address:** 49 FUNCHAL ST | | **Building:** | **Apartment/Suite:** |
| **City:** DOWNTOWN | **County:** HONOLULU | **State:** HAWAII | **Postal Code:** 96813 |

### Birth Dates

▮▮/1971

### IDs

| ID Type: | ID Number: | State: | Expires: |
|---|---|---|---|
| SOCIAL SECURITY | ▮▮▮▮4623 | | |
| MASTER NAME INDEX | 0009317377 | | |
| OTN | 7766A24 | | |
| BOOKING NUMBER | B2001130246 | | |
| STATE IDENTIFICATION NUMBER | A6017796 | | |

### Booking

| | | | | |
|---|---|---|---|---|
| **Booking Date/Time:** | 10/14/2011 00:40:00 | **Booking#:** | B2001130246 | |
| **Booking Code:** | SGT W. PONG 100534 | **Booking Location:** | KALIHI | |
| **Holding Location:** | CENTRAL RECEIVING | **Disposition:** | RELEASED, NO CHARGE | |
| **Booked/Released:** Yes | **NCIC Checked:** Yes | **Fingerprints:** No | **Photo Taken:** Yes | **Booked:** Yes |
| **Booking Comments:** | ORANGE SHIRT, CREAM PANTS | | | |

### Release

| | | | |
|---|---|---|---|
| **Release Date/Time:** | 10/14/2011 00:40 | **Release Type:** RELEASED NO CHARGE | |
| **Release By:** | FREDERICK, MIKEL | **Release To:** | **Release Position:** JUDGE D. WILSON |
| **First Appearance Date/Time:** | | **Victim Notified:** N | **NCIC Checked:** N |
| **Appearance Court:** | | **Appearance Judge:** | |
| **Release Comments:** | | | |

### Warrants

| | | |
|---|---|---|
| **Warrant#:** 906134 | | **Responsible Agency:** |
| **Issued Date:** 07/24/2009 | | **Issuing Court:** CIRCUIT COURT |
| **Issuing Judge:** D. WILSON | | **Bond Amount:** $11,000.00 |
| **Warrant Description:** CR. NO 06-01-1421 | | |

**HPD**
**801 SOUTH BERETANIA STREET, BLDG: ALAPAI**
**HONOLULU, HAWAII 96813**
**(808) 723-3258**

**Arrest Number: 11373552**

**Arrest Transaction #:** A011129831

## Narratives

ENTERED DATE/TIME: 10/14/2011 01:29:54

NO TRO

CONVICTED FELON/ DNA ON FILE

NO INJURIES

HPD 1369

CONFIRMED VIA AFIS, REVO/MOD PROB HRS 706-625 DOES NOT MATCH ARRESTEE'S INFO.

## Officers

| Event Association | Emp# | Badge# | Name | Squad# |
|---|---|---|---|---|
| TRANSPORTING OFFICER | 101145 | 3454 | ARAKAKI, KEVIN | |
| ARRESTING OFFICER | 101145 | 3454 | ARAKAKI, KEVIN | |

## Signatures

_____
Arrestee

_____
Arresting Officer

_____
Booking Officer / Jail Supervisor

C000574

# Arrest Report

PageID.11411

**HPD**
**801 SOUTH BERETANIA STREET, BLDG: ALAPAI**
**HONOLULU, HAWAII 96813**
**(808) 723-3258**

**Arrest Number: 11373548**

**Arrest Transaction #:** A011129826

## Persons Involved

**Person #** 0001    **MNI:** 4033740
**Event Association:** ARRESTEE    **Arrest Date/Time:** 10/14/11 0:20
**Name:** CASTLEBERRY, WILLIAM C    **Juvenile:** No
**Arrest reason:** ON VIEW    **Arresting officer:** ARAKAKI, KEVIN    **Transporting officer:** ARAKAKI, KEVIN
**Arrest location:** 49 FUNCHAL ST DOWNTOWN, HONOLULU HI 96813

**NCIC#:**    **NCIC Notified Date:**
**ID clerk:** RECONOCE, ESTRELLITA    **NCIC Cancelled Date:**
**Sex:** MALE    **DOB:** /1971    **Age:** 40    **Race:** NOT DETERMINED
**Hair Color:** BLONDE    **Eye Color:** BLUE    **Height:** 6' 1" - 6' 1"    **Weight:** 175 - 175 lbs
**Marital Status:**
**Address:** NO OCAL, HONOLULU COUNTY HAWAII 96797
**Phone Type 1:**    **Phone# 1:**    **Ext 1:**
**Phone Type 2:**    **Phone# 2:**    **Ext 2:**
**Occupation:** UNEMPLOYED    **Emp./School:**
**City of Birth:**    **State of Birth:**

**Thumb:**    **Index:**    **Middle:**    **Ring:**    **Little:**
**Right Fingerprint:**
**Left Fingerprint:**

## Offenses

**Statute Code:** HRS 708-0813    **Enhancers:**
**Statute Desc:** CRIM TRESP 1 MD
**Counts:** 1    **Statute Severity:** MD
**Common Code:**    **License Points:**
**Bond Type:** 11-373548    **Bond Amount:** $0.00    **Fine Amount:** $2,000.00
**Bond Comment:**

## Death/Injury

**Death:** N    **Nature/Cause 1:**    **Nature/Cause 4:**
**Injury:** N    **Nature/Cause 2:**    **Nature/Cause 5:**
**Nature/Cause 3:**
**Hospital/Mortuary:**
**Medical Attendant Type:**    **Medical Attendant Name:**
**Injuries:** NONE
**Medical Conditions:** NONE
**Medications:** NONE
**Medical Clearance Required:** N    **Medical Clearance By:**

## Names

CASTLEBERRY, THOMAS
CASTLEBERRY, WILLIAM C

RFA 25



C000436

Printed by: dkaneshiro4  Case 1:21-cv-00456-LEK-RT  Document 510-2  Filed 07/17/24  Page 18 of 20  Page 2 of 3
Printed date/time: 3/14/22 10:48

# Arrest Report
PageID.11412

**HPD**
**801 SOUTH BERETANIA STREET, BLDG: ALAPAI**
**HONOLULU, HAWAII 96813**
**(808) 723-3258**

**Arrest Number: 11373548**

**Arrest Transaction #:** A011129826

## Persons Involved

### Addresses

**Association:** HOME ADDRESS
| | | | |
|---|---|---|---|
| **Active From Date:** | **Active To Date:** | **Premise Type:** RESIDENCE | |
| **Address:** NO OCAL | | **Building:** | **Apartment/Suite:** |
| **City:** | **County:** HONOLULU | **State:** HAWAII | **Postal Code:** 96797 |

**Association:** LOCATION OF ARREST
| | | | |
|---|---|---|---|
| **Active From Date:** | **Active To Date:** | **Premise Type:** SCHOOL | |
| **Address:** 49 FUNCHAL ST | | **Building:** | **Apartment/Suite:** |
| **City:** DOWNTOWN | **County:** HONOLULU | **State:** HAWAII | **Postal Code:** 96813 |

### Birth Dates
▇▇/1971

### IDs
| ID Type: | ID Number: | State: | Expires: |
|---|---|---|---|
| STATE IDENTIFICATION NUMBER | A1077743 | | |
| MASTER NAME INDEX | 0009317377 | | |
| SOCIAL SECURITY | ▇▇▇4623 | | |
| OTN | 7765A75 | | |
| BOOKING NUMBER | B2001130241 | | |
| STATE IDENTIFICATION NUMBER | A6017796 | | |

### Booking
**Booking Date/Time:** 10/14/2011 00:40:00   **Booking#:** B2001130241
**Booking Code:** SGT W. PONG 100534   **Booking Location:** KALIHI
**Holding Location:** CENTRAL RECEIVING   **Disposition:** DISTRICT COURT
**Booked/Released:** Yes   **NCIC Checked:** Yes   **Fingerprints:** No   **Photo Taken:** Yes   **Booked:** Yes
**Booking Comments:** ORANGE SHORT, CREAM PANTS

### Release
**Release Date/Time:** 10/14/2011 00:40   **Release Type:** TAKEN TO A DISTRICT COURT FOR ARRAIGNMENT
**Release By:** FREDERICK, MIKEL   **Release To:**   **Release Position:** SGT W. PONG 100534
**First Appearance Date/Time:** 10/14/2011 08:30   **Victim Notified:** N   **NCIC Checked:** N
**Appearance Court:** HONOLULU DCT/7C   **Appearance Judge:**
**Release Comments:** CRIMINAL



# Arrest Report

**HPD**
**801 SOUTH BERETANIA STREET, BLDG: ALAPAI**
**HONOLULU, HAWAII 96813**
**(808) 723-3258**

**Arrest Number: 11373548**

**Arrest Transaction #:**   A011129826

## Narratives

ENTERED DATE/TIME: 10/14/2011 01:06:20

NO TRO
CONVICTED FELON/ DNA ON FILE
NO INJURIES
HPD 1369

## Officers

| Event Association | Emp# | Badge# | Name | Squad# |
|---|---|---|---|---|
| TRANSPORTING OFFICER | 101145 | 3454 | ARAKAKI, KEVIN | |
| ARRESTING OFFICER | 101145 | 3454 | ARAKAKI, KEVIN | |

## Signatures

_____
Arrestee

_____
Arresting Officer

_____
Booking Officer / Jail Supervisor



COR
C000438

PAGE 1 OF 1

# HONOLULU POLICE DEPARTMENT
## ARREST REPORT

ADULT

| IRN | 1. STATE ID NO | 2 OTN | 3 REPORT NO |
|---|---|---|---|
| 12075948 | A1077743 | 9060A12 | 12-075948 |

| 4 DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | 5 SEX | 6 RACE | 7 AGE | 8 DOB | 9 HT | 10 WT | 11 EYES | 12 HAIR |
|---|---|---|---|---|---|---|---|---|
| CASTLEBERRY, WILLIAM, C. | M | WHITE/CAUCASIAN | 40 | -71 | 6'0" | 180 | BLU | BLN |

| 13 AKA | 14 SSN | 15 OCCUPATION | 16 EMPLOYER/SCHOOL |
|---|---|---|---|
| | -4632 | UNEMPLOYED | NONE |

| 17 ADDRESS | 18 RESIDENCE PHONE | 19 BUSINESS PHONE | 20 BIRTHPLACE | 21 US |
|---|---|---|---|---|
| NO LOCAL HONOLULU HI | - -NONE | - -NONE | CA US | CITIZEN Y |

| 22 PLACE OF OFFENSE | 23 OFFENSE DATE/TIME/DAY | 24 DISTRICT | 25 BEAT |
|---|---|---|---|
| 49 FUNCHAL STREET HONOLULU, HONOLULU HI 96717 | 02-27-12/23:05/Monday | 5 | 571 |

| 26 PLACE OF ARREST/BOOKING | 27 ARREST DATE/TIME/DAY | 28 DISTRICT | 29 BEAT |
|---|---|---|---|
| 49 FUNCHAL STREET HONOLULU, HONOLULU HI 96717 | 02-27-12/23:05/Monday | 5 | 571 |

| 30 CHG NO | 31 ARRESTED FOR | 32 FINAL CHARGE | 33 MOD | 34 CLASS | 35 REPORT NO | 36 BAIL SET | 37 RELEASE TYPE | 38 RELEASE BY |
|---|---|---|---|---|---|---|---|---|
| 1 | HRS 708-0813 CRIM TRESP 1 MD | HRS 708-0813 CRIM TRESP 1 MD | | MD | 12-075948 | $250 | PCT | LT. M. FREDERICK #002286 |

| 39 HOW ARRESTED | 40 CASE IN CHIEF REPORT NO | 41 WARRANT | 42 WARRANT NO |
|---|---|---|---|
| OTHER | | CHECKED Y | |

| 43 ARRESTING OFFICER/ID | 44 ASSISTING OFFICER/ID | 45 TRANSPORTING OFFICER/ID |
|---|---|---|
| DELAPENIA, GABRIEL/101614 | | DELAPENIA, GABRIEL/101614 |

| 46 APPARENT INJURIES | 47 TREATED | 48 REFUSED | 49 MEDICAL ALERT | 50 MEDICATIONS |
|---|---|---|---|---|
| None | | | None | None |

| 51 BAC TYPE | 52 BAC LEVEL | 54 DISPOSITION VEHICLE - KEYS | 55 CUSTODIAL SEARCH BY | 56 PRISONER PROPERTY RECEIPT |
|---|---|---|---|---|
| | | | DELAPENIA, GABRIEL/101 | NO C-399068 |

| 57 RECEIVED BY | 58 RECEIVED DATE/TIME | 59 CHARGED / DISCHARGED BY |
|---|---|---|
| A/SGT. S. VALMOJA 874950 | 02-27-12/23:21 | A/SGT. S. VALMOJA 874950 |

| 60 RELEASED APPROVED BY | 61 RELEASED DATE/TIME | 62 CHARGED / DISCHARGED DATE/TIME |
|---|---|---|
| LT. M. FREDERICK | FEB 28 2012 /0630 | 02-27-12/23:30 |

| 63 BAIL R# 002286 | 64. COURT - ROOM | 65 APPEARANCE DATE/TIME |
|---|---|---|
| | HDCT 7C | FEB 28 2012 / 0830 |

66 SYNOPSIS

No suicide or escape attempts.
No TRO's, no warrants.

Transported via HPD B/W 1225

D5/G. DELAPENIA
2-28-12/0208
HPD 1225

| 67 REPORT WRITTEN BY | 68 APPROVED BY | 69 APPROVED DATE/TIME |
|---|---|---|
| CHANG, KITTY/102688 | A/SGT. S. VALMOJA 874950 | 02-27-12/23:21 |

Print Date 02/27/2012

Page 1

**PSD 0264**

RFA 26