# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00456-LEK-RT |
| CASE NAME: | Spriestersbach v. State of Hawaii |
| ATTYS FOR PLA: | Alphonse A. Gerhardstein* <br> Jennifer Louise Brown <br> John Clay Washington |
| ATTYS FOR DEFT: | Kendall J. Moser <br> Robert M. Kohn* <br> Justine Tanya Myroslava Hura <br> Jodie D. Roeca <br> Paul Aoki |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 08/07/2024 | TIME: | 2:00pm-2:20pm |

COURT ACTION: EP: VIDEO TELECONFERENCE("VTC") HEARING AS TO [452] DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT

Oral arguments heard.

[452]Defendant City and County of Honolulu's Motion for Summary Judgment-TAKEN UNDER SUBMISSION.

Court to issue written order.

Submitted by: Theresa Lam, Courtroom Manager