DANA M.O. VIOLA              6095
Corporation Counsel

RICHARD D. LEWALLEN     7092
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawaiʻi  96813
Telephone:  (808) 768-5242
Facsimile:   (808) 768-5105
Email address: rlewallen@honolulu.gov

Withdrawing Attorney for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| JOSHUA SPRIESTERSBACH, | CIVIL NO. CV21-00456 LEK/RT |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF WITHDRAWAL OF COUNSEL; CERTIFICATE OF SERVICE |
| STATE OF HAWAIʻI, CITY AND COUNTY OF HONOLULU, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE PUBLIC DEFENDER, NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA, LESLEY MALOIAN, JASON BAKER, SETH PATEK, DR. JOHN COMPTON, DR. MELISSA VARGO, DR. SHARON TISZA, HAWAIʻI STATE HOSPITAL, DR. ALLISON GARRETT, and JOHN/JANE DOES 1-20, | |
| Defendants. | Trial Date: None. |

<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

COMES NOW, Deputy Corporation Counsel Richard D. Lewallen, one of the attorneys of record for Defendant CITY AND COUNTY OF HONOLULU, ("City"), and pursuant to L.R. 83.5, hereby withdraws as counsel for the City. Deputies Corporation Counsel Robert M. Kohn and Paul S. Aoki continue to represent the City in the matter.

DATED: Honolulu, Hawai'i, September 30, 2024.

        DANA M.O. VIOLA
        Corporation Counsel

        By: /s/ Richard D. Lewallen
            RICHARD D. LEWALLEN
            Deputy Corporation Counsel

            Withdrawing Attorney for Defendant
            CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JOSHUA SPRIESTERSBACH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF HAWAIʻI, CITY AND COUNTY OF HONOLULU, DEPARTMENT OF PUBLIC SAFETY, OFFICE OF THE PUBLIC DEFENDER, NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA, LESLEY MALOIAN, JASON BAKER, SETH PATEK, DR. JOHN COMPTON, DR. MELISSA VARGO, DR. SHARON TISZA, HAWAIʻI STATE HOSPITAL, DR. ALLISON GARRETT, and JOHN/JANE DOES 1-20,<br><br>　　　　Defendants. | CIVIL NO. CV21-00456 LEK/RT<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address as shown below:

**Served Electronically through CM/ECF:**

    JENNIFER L. BROWN, ESQ.　　jenbrown@hawaiiinnocenceproject.org
    Hawaiʻi Civil Rights Project
    P.O. Box 8415
    Honolulu, Hawaiʻi 96830

| | |
|---|---|
| ALPHONSE A. GERHARDSTEIN, ESQ. | al@fggfirm.com |
| JACQUELINE GREENE, ESQ. | jacqueline@fggfirm.com |

Friedman, Gilbert, + Gerhardstein
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202

| | |
|---|---|
| PAUL HOFFMAN, ESQ. | hoffpaul@aol.com |
| JOHN WASHINGTON, ESQ. | jwashington@sshhzlaw.com |

Schonbrun, Seplow, Harris, Hoffman & Zeldes
200 Pier Avenue, Suite 226
Hermosa Beach, California 90254

Attorneys for Plaintiff
JOSHUA SPRIESTERSBACH

| | |
|---|---|
| AMANDA J. WESTON, ESQ. | amanda.j.weston@hawaii.gov |
| JUSTINE HURA, ESQ. | justine.t.hura@hawaii.gov |

Deputy Attorneys General
Department of the Attorney General,
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi  96813

Attorneys for Defendants
OFFICE OF THE PUBLIC DEFENDER,
NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA,
LESLEY MALOIAN, JASON BAKER, AND SETH PATEK

| | |
|---|---|
| SKYLER G. CRUZ, ESQ. | skyler.g.cruz@hawaii.gov |
| KENDALL J. MOSER, ESQ. | kendall.j.moser@hawaii.gov |

Deputies Attorneys General
Department of the Attorney General,
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi  96813

Attorneys for Defendant
HAWAIʻI STATE HOSPITAL

2

| | |
|---|---|
| ARTHUR F. ROECA, ESQ. | aroeca@rlhlaw.com |
| LOIS H. YAMAGUCHI, ESQ. | lyamaguchi@rlhlaw.com |
| JODIE D. ROECA, ESQ. | jroeca@rlhlaw.com |

Roeca Luria Shin LLP
841 Bishop Street, Suite 900
Honolulu, Hawai'i  96813

Attorneys for Defendant
DR. ALLISON GARRETT

DATED:  Honolulu, Hawai'i, September 30, 2024.

        DANA M.O. VIOLA
        Corporation Counsel

        By:  /s/ Richard D. Lewallen
           RICHARD D. LEWALLEN
           Deputy Corporation Counsel

           Withdrawing Attorney for Defendants
           CITY AND COUNTY OF HONOLULU,
           MARK RAMOS and FUMIKAZU
           MURAOKA