JENNIFER L. BROWN #10885
Hawai'i Civil Rights Project
P.O. Box 8415
Honolulu, HI 96830
Phone: 808-554-5576
Email: hawaiicivilrightsproject@gmail.com

Alphonse A. Gerhardstein #0032053 (OH)
Jacqueline Greene # 0092733 (OH)
Friedman, Gilbert, + Gerhardstein
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
PH: 513.572.4200
FAX: 216.621.0427
Email: al@fggfirm.com;jacqueline@fggfirm.com

Paul Hoffman #71244
John Washington #315991
Schonbrun, Seplow, Harris, Hoffman & Zeldes
200 Pier Ave. Ste. 226
Hermosa Beach, California 90254
Phone: 310-717-7373
Emails: hoffpaul@aol.com; jwashington@sshhzlaw.com

Attorneys for Plaintiff
JOSHUA SPRIESTERSBACH

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JOSHUA SPRIESTERSBACH,<br><br>           Plaintiff,<br><br>     vs.<br><br>~~STATE OF HAWAI'I, CITY~~ AND COUNTY OF HONOLULU, DARRYL KON, FRANCIS SEQUEIRA, MICHAEL HOFFMAN, JODIE | Case No. 1:21-cv-00456-LEK-RT<br><br>**NOTICE BY PLAINTIFF OF FILING REVISED THIRD AMENDED COMPLAINT AND PROPOSED FOURTH AMENDED COMPLAINT** |

1

MAESAKA-HIRATA, TOMMY JOHNSON ~~DEPARTMENT OF PUBLIC SAFETY~~, OFFICE OF THE PUBLIC DEFENDER, NIETZSCHE LYNN TOLAN, MICHELE MURAOKA, LESLIE MALOIAN, JASON BAKER, SETH PATEK, ~~DR. JOHN COMPTON, DR. MELISSA VARGO, DR. SHARON TISZA~~, HAWAIʻI STATE HOSPITAL, DR. ALLISON GARRETT, and JOHN/JANE DOES 1-20,

        Defendants.

Pursuant to the order of this court (Doc. 575), Plaintiff hereby gives notice of separately filing Plaintiff's Revised Third Amended Complaint and Proposed Fourth Amended Complaint as supplemental exhibits to Doc. 531.

DATED: October 11, 2024        Respectfully submitted,

        By: /s/ Alphonse A. Gerhardstein
           Jennifer L. Brown
           Alphonse A. Gerhardstein
           Jacqueline Greene
           Paul Hoffman
           John Washington

           Attorneys for Plaintiff
           JOSHUA SPRIESTERSBACH

## CERTIFICATE OF SERVICE

     I hereby certify that on October 11, 2024, a copy of the foregoing pleading was filed electronically. Notice of the filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

                                                            s/ Alphonse A. Gerhardstein
                                                            Attorney for Plaintiff