DANA M.O. VIOLA      6095
Corporation Counsel Designate

ROBERT M. KOHN      6291
PAUL S. AOKI      1286
Deputies Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawai'i 96813
Telephone: (808) 768-5129, (808) 768-5132
Facsimile: (808) 768-5157
Email: robert.kohn@honolulu.gov, paoki@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JOSHUA SPRIESTERSBACH,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU, DARRYL KON, NIETZSCHE LYNN TOLAN, MICHELLE MURAOKA, LESLEY MALOIAN, JASON BAKER, SETH PATEK, HAWAI'I STATE HOSPITAL, and DR. ALLISON GARRETT,<br><br>      Defendants. | CIVIL NO. CV21-00456 LEK-RT<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S UPDATE REGARDING STATUS OF SECURING SUBSTITUTE COUNSEL (ECF 601) |

DEFENDANT CITY AND COUNTY OF HONOLULU'S UPDATE REGARDING STATUS OF SECURING SUBSTITUTE COUNSEL (ECF 601)

Pursuant to ECF 601, the City updates the Court and counsel as follows:

The Department of Corporation Counsel (COR) has processed the procurement forms needed to secure special counsel for the City and Defendant Kon and transmitted them to the City's Department of Budget and Fiscal Services for approval. Once special counsel are selected, there will need to be conflict checks, given the large number of attorneys and law firms who have previously served as counsel for the City and the Honolulu Police Department. COR will then need to obtain authorization to retain them from the Honolulu City Council, which meets monthly. While it is not certain now which month the matter will be submitted to the city council, the undersigned anticipates he will be able to provide an update at the status conference scheduled for March 14, 2025 (ECF 601).

DATED:  Honolulu, Hawai'i, February 18, 2024.

        DANA M.O. VIOLA
        Corporation Counsel Designate

        By  /s/ Robert M. Kohn
           ROBERT M. KOHN
           PAUL S. AOKI
           Deputies Corporation Counsel

           Attorneys for Defendant
           CITY AND COUNTY OF HONOLULU