| | |
|---|---|
| **From:** | Kohn, Robert M |
| **To:** | Trader Orders; Carla Cortez; Anjelica Barker |
| **Cc:** | Jacqueline Greene; jenbrown@hawaiiinnocenceproject.org; jwashington@sshhzlaw.com; sshhwilliam@gmail.com; Kendall.J.Moser@hawaii.gov; skyler.g.cruz@hawaii.gov; Aoki, Paul S; amanda.j.weston@Hawaii.gov; roy.h.kwon@hawaii.gov; John.H.Price@hawaii.gov; mana.moriarty@hawaii.gov; elee@lbchlaw.com; aroeca_rlhlaw.com; jroeca@rlhlaw.com; lyamaguchi@rlhlaw.com; "Alphonse Gerhardstein" |
| **Subject:** | two special counsel....RE: 1:21-cv-00456-LEK-RT Spriestersbach v. State of Hawaii |
| **Date:** | Friday, May 23, 2025 9:41:39 AM |
| **Attachments:** | ILA Agenda 5.28.25... Committee on International & Legal Affairs Agenda.pdf |

**CAUTION - EXTERNAL:**

Dear Judge Trader,

Please see the attached agenda for the city council's ILA meeting on May 28. Page 3 identifies the proposed special counsel for the City and Darryl Kon. If the full council approves on June 6, the special counsel should be able to appear starting the next day after the council's two resolutions are issued. The resolutions will be available on the council's website.

Please let me know if there is any other information you would like.

Mahalo and Aloha,
Bob

**Robert M. Kohn**
Deputy Corporation Counsel
Department of the Corporation Counsel
City & County of Honolulu
1001 Bishop Street, Suite 2020, Honolulu, HI 96822
Phone: 808-768-5129 (direct)
Fax: 808-768-1300
Email: robert.kohn@honolulu.gov

Confidentiality Notice: This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender. If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited. If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.