

**HONOLULU CITY COUNCIL**
*KE KANIHELA O KE KALANA O HONOLULU*
CITY AND COUNTY OF HONOLULU

**COMMITTEE ON INTERNATIONAL & LEGAL AFFAIRS**

**Voting Members:**
Scott Y. Nishimoto, Chair
Matt Weyer, Vice Chair
Radiant Cordero
Tyler Dos Santos-Tam
Esther Kiaʻāina
Val A. Okimoto
Augie Tulba
Andria Tupola
Tommy Waters

# AGENDA
REGULAR MEETING
CITY COUNCIL CHAMBER
WEDNESDAY, MAY 28, 2025
1:00 P.M.

Pursuant to Section 92-3.7, Hawaiʻi Revised Statutes, this meeting will be conducted as a remote meeting by interactive conference technology, with the following procedures in effect for the meeting:

The meeting will be viewable: (1) by internet live streaming through https://www.honolulucitycouncil.org/meetings; (2) by televised live broadcast on ʻŌlelo TV Channel 54; and (3) on the monitor situated outside the Council Chamber. Viewers who experience a loss of viewing signal should try switching to another viewing option.

After the meeting, the meeting will be viewable on demand at https://www.honolulucitycouncil.org/meetings. Copies of older meeting videos may be requested by calling the City Clerk's Office at (808) 768-5822, charges may apply.

Some Councilmembers and presenters may be participating in the meeting by interactive conference technology from remote locations.

Remote and in-person oral testimony will be permitted on all items on the agenda when each agenda item is taken up. Each speaker may not have anyone else read their statement and is limited to a one-minute presentation.

As both English and Hawaiian are official languages of the State of Hawaiʻi, pursuant to Article XV, Section 4 of the Hawaiʻi State Constitution and Section 1-13 of the Hawaiʻi Revised Statutes, members of the public may testify in either language. For oral testimonies offered in ʻŌlelo Hawaiʻi, additional time as may be necessary will be allowed for the testifier to provide an English translation of their testimony.

Committee on International & Legal Affairs Agenda
Wednesday, May 28, 2025

Remote Testimony

1. For direct access to submit oral testimony call: +1-253-215-8782, enter ID **89608452085** and Passcode **734356**.

2. To testify by videoconference visit: https://hnldoc.ehawaii.gov/hnldoc/testimony. Videoconference access information will be provided upon registration. Testifiers are encouraged to register/submit testimony at least 24 hours prior to the meeting.

Persons wishing to testify in-person in the Council Chamber are requested to register by 1:00 p.m. by filling out the registration form in person outside the Council Chamber. Persons who have not registered will be given an opportunity to speak following the oral testimonies of the registered speakers.

Written testimony may be uploaded at https://hnldoc.ehawaii.gov/hnldoc/testimony or mailed to Office of the City Clerk, Attention: Information Section, 530 South King Street, Room 100, Honolulu, HI 96813.  If submitted, written testimonies, including the testifier's address, email address, and phone number, will be available to the public at https://hnldoc.ehawaii.gov.

Should you have any questions, please call (808) 768-3819 or send an email to darcie.nago@honolulu.gov.

Meeting materials are accessible at https://hnldoc.ehawaii.gov/hnldoc/browse/agendas by clicking on the appropriate Committee meeting.

If you need an auxiliary aid/service or other accommodation due to a disability or an interpreter for a language other than English, please call the Office of the City Clerk Information Section at (808) 768-5822 between 7:45 a.m. and 4:30 p.m. or send an email to darcie.nago@honolulu.gov as soon as possible or at least three (3) business days before the scheduled meeting.  Requests made as early as possible have a greater likelihood of being fulfilled.

Committee on International & Legal Affairs Agenda
Wednesday, May 28, 2025

**FOR ACTION**

1. **RESOLUTION 25-99 – APPOINTMENT OF LINDA MARTELL TO THE ETHICS COMMISSION.** Confirming the appointment of Linda Martell to the Ethics Commission for a term to expire on December 31, 2029.  (Transmitted by Communication MM-47; public hearing held 4/16/25)

**EXECUTIVE SESSION**

The Committee anticipates convening into Executive Session pursuant to Hawaiʻi Revised Statutes Sections 92-4 and 92-5(a)(4), to consult in a closed meeting with the attorneys for the Council's Committee on International & Legal Affairs on questions and issues pertaining to claims and other matters on the Council's powers, duties, privileges, immunities and/or liabilities.

2. Request for authorization to settle a lawsuit against the City and County of Honolulu entitled Marquis Johnson v. City and County of Honolulu, et al., Civ. No. CV22-00447 DKW-RT (USDC)

3. Request for authorization to settle Joshua Knepper et al. v. Michael Burger et al. Civil No. CV22-00556 DKW/WRP

4. Resolution to retain the legal services of Fukunaga Matayoshi Ching & Kon-Herrera LLP as Special Counsel to represent Defendant City and County of Honolulu in the legal action entitled Joshua Spriestersbach v. City and County of Honolulu, et al.; Civil No. CV21-00456 KJM (USDC)

5. Resolution to retain the legal services of Kobayashi Sugita & Goda LLP as Special Counsel to represent Defendant Darryl M. Kon in the legal action entitled Joshua Spriestersbach v. City and County of Honolulu, et al.; Civil No. CV21-00456 KJM (USDC)

Committee on International & Legal Affairs Agenda
Wednesday, May 28, 2025

6. Request for authorization to settle claim against the City and County of Honolulu by Michelle R. Koyanagi

7. Request for authorization to settle a case against the City and County of Honolulu entitled *DTRIC Insurance Company, Limited v. City & County of Honolulu*, Civ. No. 1CCV-22-0001542 (JMT)

8. Request for authorization to settle several grievances and related civil cases involving the United Public Workers Hawaii and the Department of Environmental Services, Refuse Division

If the need arises with respect to any item on this agenda, then pursuant to Hawaiʻi Revised Statutes Sections 92-4 and 92-5(a)(4), the Committee may consult in a closed meeting with its attorneys in executive session on questions and issues pertaining to the Council's powers, duties, privileges, immunities and/or liabilities relating to that item.

SCOTT Y. NISHIMOTO, Chair
Committee on International
& Legal Affairs